B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT Eastern District of Missouri | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Premier Bancshares, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XX-XXX7402 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>1015 Madison Street, Suite B<br>Jefferson City, MO<br><br>ZIP CODE 65101 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Missouri | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Premier Bancshares, Inc. |  |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                           Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Premier Bancshares, Inc. |
|---|---|

<table>
<tr><td colspan="2" align="center"><b>Signatures</b></td></tr>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)

    Date
</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

    Date
</td>
</tr>
<tr>
<td><b>Signature of Attorney*</b></td>
<td><b>Signature of Non-Attorney Bankruptcy Petition Preparer</b></td>
</tr>
<tr>
<td>

X   /s/ Gregory D. Willard
_____
Signature of Attorney for Debtor(s)
Gregory D. Willard

Printed Name of Attorney for Debtor(s)
Carmody MacDonald P.C.

Firm Name

120 S. Central Ave., Suite 1800
St. Louis, MO 63105

Address
314-854-8623

Telephone Number
01/15/2014

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.
</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)
</td>
</tr>
<tr>
<td><b>Signature of Debtor (Corporation/Partnership)</b></td>
<td>

_____
Address

X _____
    Signature
</td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Bruce W. Wiley
_____
Signature of Authorized Individual
Bruce W. Wiley

Printed Name of Authorized Individual
President

Title of Authorized Individual
01/15/2014

Date
</td>
<td>

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
</td>
</tr>
</table>

B 4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District Of Missouri

In re   <u>Premier Bancshares, Inc.</u>                        Case No. _____
                 Debtor(s)                                      Chapter   <u>11</u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Wilmington Trust Company Corporate Capital Markets Rodney Square North 1100 North Market St. Wilmington, DE 19890 Mail Drop: WTP/1/1615 | Geoffrey J. Lewis 302-636-6438 Rodney Square North 1100 North Market St. Wilmington, DE 19890 Mail Drop: WTP/1/1615 | Trust Preferred Security<br><br>Reference: PBI Capital Trust VI | | 23,579,407.20 |
| KeyBank 66 South Pearl St. Albany, NY 12207 | Leslie A. Jones 518-257-8543 66 South Pearl St. Albany, NY 12207 | Loan | | 19,832,039.04 |
| Bank of New York Mellon 525 William Penn Pl. Pittsburgh, PA 15259 | Nancy R. Johnson 412-236-3139 525 William Penn Pl. Pittsburgh, PA 15259 | Trust Preferred Security<br><br>References: PBI Capital Trust III; PBI Capital Trust IV | | 13,127,731.00 |
| U.S. Bank Global Corporate Trust Services 190 South LaSalle St. Chicago, IL 60603 Mail Code: MK-IL-SLTG I | Taylor Potts 312-332-7830 190 South LaSalle St. Chicago, IL 60603 Mail Code: MK-IL-SLTG I | Trust Preferred Security<br><br>Reference: PBI Capital Trust V | | 11,864,660.66 |

B 4 (Official Form 4) (12/07)

In re  <u>Premier Bancshares, Inc.</u>                     Case No. _____
            Debtor(s)                                          Chapter  <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Wilmington Trust Company<br>Global Capital Markets<br>Rodney Square North<br>1100 North Market St.<br>Wilmington, DE 19890 | Michael H. Wass<br>302-636-6398<br>Rodney Square North<br>1100 North Market St.<br>Wilmington, DE 19890<br><br>Lori L. Donahue<br>302-651-1000<br>Rodney Square North<br>1100 North Market St.<br>Wilmington, DE 19890 | Trust Preferred Security<br><br>Reference:<br>PBI Capital Trust II | | 7,685,388.62 |
| Bruce W. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO  65109 | Bruce W. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO  65109 | Deferred Director Fees; Director Fees | | 178,123.42 |
| Harold Remley<br>1423 Dixon Drive<br>Jefferson City, MO  65101 | Harold Remley<br>1423 Dixon Drive<br>Jefferson City, MO  65101 | Deferred Director Fees; Director Fees | | 77,416.39 |
| Michael W. Anderson<br>3564 Gettysburg Place<br>Jefferson City, MO  65109 | Michael W. Anderson<br>3564 Gettysburg Place<br>Jefferson City, MO  65109 | Director Fees | | 1,000.00 |
| Sarah J. Stieferman<br>2913 Brush Creek Court<br>Jefferson City, MO  65109 | Sarah J. Stieferman<br>2913 Brush Creek Court<br>Jefferson City, MO  65109 | Officer Fees | | 1,000.00 |
| William E. Stricker<br>2801 Butternut Court<br>Columbia, MO  65201 | William E. Stricker<br>2801 Butternut Court<br>Columbia, MO  65201 | Director Fees | | 1,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date <u>January 15, 2104</u>             Signature:     <u>/s/ Bruce W. Wiley</u>
                                                   Bruce W. Wiley, President

*Penalty for making a false statement or concealing property*:  Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Missouri

In re Premier Bancshares, Inc.                ,                    Case No. _____
          *Debtor*

                                                               Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $0.00 | | |
| B – Personal Property | Yes | 5 | $3,273,523.37 | | |
| C – Property Claimed as Exempt | Yes | 1 | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E – Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $76,347,766.33 | |
| G – Executor Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | No | 0 | | | |
| J – Current Expenditures of Individual Debtor(s) | No | 0 | | | |
| TOTAL | | 15 | $3,273,523.37 | $76,347,766.33 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Missouri

In re Premier Bancshares, Inc.            ,
     *Debtor*

Case No. _____

Chapter 11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N/A |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N/A |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N/A |
| Student Loan Obligations | $ N/A |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N/A |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N/A |
| TOTAL | $ N/A |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N/A |
| Average Expenses (from Schedule J, Line 22) | $ N/A |
| Current Monthly Income (from Form 22A, Line 12; OR , Form 22B Line 11; OR, Form 22C Line 20 | $ N/A |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N/A |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ N/A | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N/A |
| 4. Total from Schedule F | | $ N/A |
| 5. Total of non-priority unsecured debt (sum of 1, 3 and 4) | | $ N/A |

In re **Premier Bancshares, Inc.                    ,**                                    Case No. _____
      **Debtor**                                                                                                                      **(If known)**

# SCHEDULE  A - REAL  PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co- tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION  OF PROPERTY | NATURE OF DEBTOR'S INTEREST  IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

                                                                                      _____

                                                                      Sub-Total:       **0.00**  (Total of this page)

                                                                      Total :            **0.00**

**0** continuation sheets attached to the Schedule of Real Property

In re **Premier Bancshares, Inc.** _____,                    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE  B - PERSONAL  PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING  ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives | | First National Bank (St. Louis, MO) | $2,969,975.74 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

Sub-Total:  **$2,969,975.74** (Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

In re **Premier Bancshares, Inc.**       ,
       **Debtor**

Case No. _____
                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 6.   Wearing apparel. | X | | |
| 7.   Furs and jewelry. | X | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.   Interests in insurance policies. | X | | |
| 10.   Annuities. | X | | |
| 11.   Interests in an education IRA as defined in 26. U.S.C. section 530(b)(1). | X | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14.   Interests in partnerships or joint ventures. Itemize. | | 100% membership interests in PRMR, LLC | $24,391.46 |

_____
Sub-Total: **$24,391.46**   (Total of this page)

**1** of **4** continuation sheets attached to the Schedule of Personal Property

In re **Premier Bancshares, Inc.                    ,**           Case No. _____
       **Debtor**                                                                          **(If known)**

# SCHEDULE  B - PERSONAL  PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | |
| 16.  Accounts receivable. | X | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. | X | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

_____
Sub-Total: **$0.00** (Total of this page)

**2 of 4** continuation sheets attached to the Schedule of Personal Property

In re **Premier Bancshares, Inc.**_____,         Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE  B - PERSONAL  PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING  ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. | X | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | O | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26.  Boats, motors, and accessories. | X | | |

Sub-Total:  **$0.00** (Total of this page)

**3** of **4** continuation sheets attached to the Schedule of Personal Property

B 6B (Official Form 6B) (12/07)

In re **Premier Bancshares, Inc.**                    ,                            Case No. _____
            **Debtor**                                                                                   **(If known)**

# SCHEDULE  B - PERSONAL  PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 27.  Aircraft and accessories. | X | | |
| 28.  Office equipment, furnishings, and supplies. | | Savin copy/print/scan machine and miscellaneous office equipment (1015 Madison Street, Suite B, Jefferson City, MO) | $1,549.40 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30.  Inventory. | X | | |
| 31.  Animals. | X | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | |
| 33.  Farming equipment and implements. | X | | |
| 34.  Farm supplies, chemicals, and feed. | X | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Professional Retainers/Prepayments: | |
| | | Carmody MacDonald P.C. | $50,287.00 |
| | | Bragar Eagel & Squire PC | $1,418.45 |
| | | Polsinelli PC | $54,813.39 |
| | | Rouse Hendricks German May PC | $171,087.93 |

Sub-Total:  **$279,156.17** (Total of this page)

**4** of **4** continuation sheets attached to the Schedule of Personal Property                    TOTAL: **$3,273,523.37**

B6C (Official Form 6C) (04/13)

In re Premier Bancshares, Inc.                                    ,          Case No. _____
                    *Debtor*                                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Premier Bancshares, Inc.                    ,        Case No. _____
                         **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ | $ |
| | | | Total ► (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  Premier Bancshares, Inc.                              ,        Case No.
                        *Debtor*                                                   *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).
☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re   Premier Bancshares, Inc.                           ,        Case No._____
                    *Debtor*                                                  *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_0_   continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re Premier Bancshares, Inc._____,                    Case No. _____
                    Debtor                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>KeyBank<br>66 South Pearl Street<br>Albany, NY 12207 | | | | | | | 19,832,039.04 |
| Account No.<br><br>Wilmington Trust Company<br>Global Capital Markets<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | | | | | | | 7,685,388.62 |
| Account No.<br><br>The Bank of New York Mellon 525 William Penn Place Pittsburgh, PA 15259 | | | | | | | 13,127,731.00 |
| | | | | | | Subtotal (of this Page) | 40,645,158.66 |

___2___ continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re **Premier Bancshares, Inc.**            ,                   Case No. _____
          **Debtor**                                                                **(if known)**

# SCHEDULE  F - CREDITORS HOLDING  UNSECURED
# NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | 11,864,660.66 |
| U.S. Bank Global Corporate Trust Services 190 South LaSalle Street Chicago, IL  60603 Mail Code:  MK-IL-SLTG I | | | | | | | |
| Account No. | | | | | | | 23,579,407.20 |
| Wilmington Trust Company Corporate Capital Markets Rodney Square North 1100 North Market Street Wilmington, DE 19890 Mail Drop: WTP/1/1615 | | | | | | | |
| Account No. | | | | | | | 178,123.42 |
| Bruce W. Wiley 3718 Taylors Ridge Court Jefferson City, MO  65109 | | | | | | | |
| Account No. | | | | | | | 77,416.39 |
| Harold Remley 1423 Dixon Drive Jefferson City, MO  65101 | | | | | | | |
| Account No. | | | | | | | 1000.00 |
| Michael W. Anderson 3564 Gettysburg Place Jefferson City, MO  65109 | | | | | | | |
| | | | | | | Subtotal (of this Page) | 35,700,607.67 |

Sheet no. 1 of  2 continuation sheet attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

B 6F (Official Form 6F) (12/07)

**In re Premier Bancshares, Inc.                    ,**                    **Case No. _____**
       **Debtor**                                                                          **(if known)**

# SCHEDULE  F - CREDITORS HOLDING  UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sarah J. Stieferman <br> 2913 Brush Creek Court <br> Jefferson City, MO  65109 | | | | | | | 1000.00 |
| Account No. <br><br> William E. Stricker <br> 2801 Butternut Court <br> Columbia, MO  65201 | | | | | | | 1000.00 |
| | | | | | | Subtotal (of this Page) | 2,000.00 |
| | | | | | | Total | 76,347,766.33 |

Sheet no. 2 of  2 continuation sheet attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re **Premier Bancshares, Inc.**                    ,                    Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RPM Investment Company<br>1015 Madison Street, Suite 1<br>Jefferson City, MO  65101 | Premier Bancshares, Inc. is the lessee of a non-residential office space.  Rent is prepaid through lease termination.  The lease terminates September 2014. |

B 6H (Official Form 6H) (12/07)

In re _Premier Bancshares, Inc._____ ,                          Case No. _____
                **Debtor**                                                          **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Premier Bancshares, Inc.          ,**                     Case No. _____
       **Debtor**                                                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                                                         Debtor
Date _____          Signature: _____
                                                                                              (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

---------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                                              Social Security No.
of Bankruptcy Petition Preparer                                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
---------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____16_____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 15, 2014_____

                                        Signature: /s/ Bruce W. Wiley_____
                                                         Bruce W. Wiley_____
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
---------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13) 11

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Missouri

In re:   Premier Bancshares, Inc.                                Case No. _____

Debtor(s)                                                                  (if known)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| YEAR | AMOUNT | SOURCE |
|------|--------|--------|
| 2012 | $279,539.69 | Interest income and gain on sale of stock |

---

**2.   Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| YEAR | AMOUNT | SOURCE |
|------|--------|--------|

B7 (Official Form 7) (04/13) 11

---

3.   **Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☒

a.      *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☐

b.      *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bruce W. Wiley \| President and Director of debtor<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | 10/1/2013 – 1/9/2014 | $27,567.98 | $178,123.42 |
| Michael W. Anderson \| Executive VP and Director of debtor<br>3564 Gettysburg Place<br>Jefferson City, MO 65109 | 10/1/2013 – 1/9/2014 | $27,177.36 | $1,000.00 |
| Sarah J. Stieferman \| Corporate Secretary of debtor<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | 10/1/2013 – 1/9/2014 | $17,335.30 | $1,000.00 |
| William E. Stricker \| Director of debtor<br>2801 Butternut Court<br>Columbia, MO 65201 | 10/1/2013 – 1/9/2014 | $7,000.00 | $1,000.00 |
| Don E. LaBrayere \| Former Director of debtor<br>55 Sulgrove Road<br>Wellsville, MO 63384 | 10/24/2013 – 11/22/2013 | $2,000.00 | $0.00 |
| Harold Remley<br>1423 Dixon Drive<br>Jefferson City, MO  65101 | 10/1/2013 – 1/9/2014 | $6,278.55 | $77,416.39 |
| Carmody MacDonald P.C.<br>120 S. Central Ave., Suite 1800<br>St. Louis, MO 63105 | 1/13/2014 | $75,000.00 | $0.00 |
| Bragar Eagel & Squire PC<br>886 Third Avenue, Suite 3041<br>New York, NY 10022 | 10/11/2013<br>12/6/2013 | $5,000.00<br>$2,000.00 | $0.00 |
| Polsinelli PC<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102 | 10/15/2013 | $1,820.00 | $0.00 |

B7 (Official Form 7) (04/13) 11

None
☐

      c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bruce W. Wiley \| President and Director of debtor 3718 Taylors Ridge Court Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014 | $90,950.64 | $178,123.42 |
| Michael W. Anderson \| Executive VP and Director of debtor 3564 Gettysburg Place Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014 | $90,856.80 | $1,000.00 |
| Sarah J. Stieferman \| Corporate Secretary of debtor 2913 Brush Creek Court Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014 | $57,835.30 | $1,000.00 |
| William E. Stricker \| Director of debtor 2801 Butternut Court Columbia, MO 65201 | 1/1/2013 – 1/9/2014 | $23,425.00 | $1,000.00 |
| Don E. LaBrayere \| Former Director of debtor 55 Sulgrove Road Wellsville, MO 63384 | 1/1/2013 – 11/22/2013 | $20,000.00 | $0.00 |

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

      a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| CAPTION OF SUIT AND CASE NO. | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Financials Restructuring Partners, Ltd and HoldCo Advisors, L.P v. Premier Bancshares, Inc.* (Index No. 651283/13) | Civil Action | Supreme Court of New York Court of New York | Pending |

None
☒

      b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |

B7 (Official Form 7) (04/13) 11

---

**5.  Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**6.  Assignments and receiverships**

None
☒

a.        Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None
☒

b.        List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

---

**7.  Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

**8.  Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

B7 (Official Form 7) (04/13) 11

---

**9.    Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Carmody MacDonald P.C. 120 S. Central Ave., Suite 1800 St. Louis, MO 63105 | 5/20/2013 8/26/2013 1/13/2014 | $20,000.00 $25,000.00 $75,000.00 |

---

**10.    Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

None
☒

b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| | | |

---

**11.    Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Texas Capital Bank 2350 Lakeside Boulevard Suite 105 Richardson, Texas 75082 | Checking | 1/2014 |
| Providence Bank 3855 Forum Blvd. Columbia, MO 65203 | Checking | 11/2013 |

B7 (Official Form 7) (04/13) 11

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER OF CONTENTS, IF ANY |
|---|---|---|---|
|  |  |  |  |

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
|  |  |  |

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
|  |  |  |

---

**15. Prior address of debt**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 815 West Stadium Blvd Jefferson City, MO 65109 | Premier Bancshares, Inc. | Until October 2010 |

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13) 11

---

17.  **Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAMES AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
☒

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAMES AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
☒

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

---

18.  **Nature, location and name of business.**

None
☐

a.      *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13) 11

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND END DATES |
|---|---|---|---|---|
| Premier Bank | XX-XXX9810 | 815 W. Stadium Blvd. Jefferson City, MO | 100% subsidiary of Premier Bancshares, Inc. | March 1995 – October 2010 |
| PRMR, LLC | XX-XXX4609 | 1015 Madison Street, Suite B Jefferson City, MO | 100% subsidiary of Premier Bancshares; the company was organized to own an aircraft. | December 2005 – present |
| PBI Capital Trust II | XX-XXX8890 | 1015 Madison Street, Suite B Jefferson City, MO | Issuer of trust preferred securities | April 2003-August 2012 |
| PBI Capital Trust III | XX-XXX6635 | 1015 Madison Street, Suite B Jefferson City, MO | Issuer of trust preferred securities | September 2004-August 2012 |
| PBI Capital Trust IV | XX-XXX1677 | 1015 Madison Street, Suite B Jefferson City, MO | Issuer of trust preferred securities | June 2005-August 2012 |
| PBI Capital Trust V | XX-XXX2618 | 1015 Madison Street, Suite B Jefferson City, MO | Issuer of trust preferred securities | June 2006-August 2012 |
| PBI Capital Trust VI | XX-XXX3366 | 1015 Madison Street, Suite B Jefferson City, MO | Issuer of trust preferred securities | April 2007-August 2012 |

None

☒

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13) 11

---

**19.  Books, records and financial statements**

None
☐

    a.       List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sarah Stieferman<br>1015 Madison Street, Suite B<br>Jefferson City, MO 65101 | 2000-present |
| BKD, LLP<br>211 North Broadway<br>St. Louis, MO 63102 | 2003-present |

None
☒

    b.       List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
|  |  |  |

None
☐

    c.       List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| BKD, LLP | 211 North Broadway<br>St. Louis, MO 63102 |

None
☐

    d.       List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Bruce W. Wiley \| President and Director of debtor<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | Various |
| Michael W. Anderson \| Executive VP and Director of debtor<br>3564 Gettysburg Place<br>Jefferson City, MO 65109 | Various |
| Sarah J. Stieferman \| Corporate Secretary of debtor<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | Various |
| William E. Stricker \| Director of debtor<br>2801 Butternut Court<br>Columbia, MO 65201 | Various |
| Don E. LaBrayere \| Former Director of debtor<br>55 Sulgrove Road<br>Wellsville, MO 63384 | Various |

B7 (Official Form 7) (04/13) 11

| David Stone<br>885 Third Ave., Suite 3020<br>New York, NY 10022 | Various |
|---|---|
| Larry Rouse<br>1201 Walnut, Suite 2000<br>Kansas City, MO 64106 | Various |
| Polsinelli PC<br>Attn: Larry Harris<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102 | Various |
| Carmody MacDonald P.C.<br>Attn: Gregory D. Willard<br>120 S. Central Ave., Suite 1800<br>St. Louis, MO 63105 | |

**20. Inventories**

None ☒

a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| | | |

None ☒

b.   List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒

a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

None ☐

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Bruce W. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | President and Director of debtor | Class A Voting stock; 4.18%<br>(aggregate directly and indirectly) |
| Michael W. Anderson<br>3564 Gettysburg Place<br>Jefferson City, MO 65109 | Executive VP and Director of debtor | Class A Voting stock; 1.20%<br>(aggregate directly and indirectly) |
| Sarah J. Stieferman<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | Corporate Secretary of debtor | Class A Voting stock; 0.28%<br>(aggregate directly and indirectly) |

B7 (Official Form 7) (04/13) 11

| | | |
|---|---|---|
| William E. Stricker<br>2801 Butternut Court<br>Columbia, MO 65201 | Director of debtor | Class A Voting stock; 4.48%<br>(aggregate directly and indirectly) |

**22.  Former partners, officers, directors and shareholders**

None
☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None
☐    b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF WITHDRAWAL |
|---|---|---|
| Don E. LaBrayere<br>55 Sulgrove Road<br>Wellsville, MO 63384 | Director of debtor | Deceased – November 15, 2013 |

**23.  Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF<br>WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Bruce W. Wiley \| President and Director of debtor<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014<br>Director and Officer Fees; Expense Reimbursements | $90,950.64 |
| Michael W. Anderson \| Executive VP and Director of debtor<br>3564 Gettysburg Place<br>Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014<br>Director and Officer Fees; Expense Reimbursements | $90,856.80 |
| Sarah J. Stieferman \| Corporate Secretary of debtor<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | 1/1/2013 – 1/9/2014<br>Officer Fees; Expense Reimbursements | $57,835.30 |
| William E. Stricker \| Director of debtor<br>2801 Butternut Court<br>Columbia, MO 65201 | 1/1/2013 – 1/9/2014<br>Director Fees; Legal Fee Reimbursements | $23,425.00 |
| Don E. LaBrayere \| Former Director of debtor<br>55 Sulgrove Road<br>Wellsville, MO 63384 | 1/1/2013 – 11/22/2013<br>Director Fees; Expense Reimbursements | $20,000.00 |

B7 (Official Form 7) (04/13) 11

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

* * * * * *

B7 (Official Form 7) (04/13) 11

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date <u>January 15, 2014</u>                          Signature  <u>/s/ Bruce W. Wiley</u>
                                                                    Bruce W. Wiley, President

 [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re Premier Bancshares, Inc.                          Case No._____
                Debtor(s)                               Chapter _11_

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Schwab & Company<br>ATTN: AICS/Marirose Macaraig<br>120 Kearny Street<br>San Francisco, CA 94108 | A<br>B<br>C | 1,073,036<br>123,410<br>8,820 | 8.30%<br>0.95%<br>Less than 0.01% |
| Mark Milam Stevenson<br>P.O. Box 642<br>Columbia, MO 65205 | A | 524,000 | 4.05% |
| John C. and Sandra A. Willibrand<br>425 Valley View Court<br>Jefferson City, MO 65109 | A | 500,000 | 3.87% |
| Stephanie Stricker and William E. (Wes) Stricker<br>2801 Butternut Court<br>Columbia, MO 65201 | A | 499,665 | 3.86% |
| David F. Atkins<br>1702 South Fairview Road<br>Columbia, MO 65203 | A | 457,360 | 3.54% |
| Don E. LaBrayere<br>#55 Sulgrove Road<br>Wellsville, MO 63384 | A | 409,825 | 3.17% |
| Bruce W. Wiley Revocable Trust<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 369,598 | 2.86% |
| Donald E. Karttli and Joyce A. Krattli<br>3109 Citadel Court<br>Jefferson City, MO 65109 | A | 267,150 | 2.07% |
| Dr. Steven J. Huber<br>1300 Edgewood Drive<br>Jefferson City, MO 65109 | A | 240,000 | 1.86% |
| James Michael Huber and Elizabeth R. Huber<br>1300 Edgewood Drive<br>Jefferson City, MO 65109 | A | 239,920 | 1.86% |
| Charles R. Willibrand<br>416 Valley View Court<br>Jefferson City, MO 65109 | A | 214,000 | 1.66% |

| | | | |
|---|---|---|---|
| Melba G. Willibrand<br>416 Valley View Court<br>Jefferson City, MO 65109 | A | 214,000 | 1.66% |
| Donald R. Stertzer<br>P.O. Box 104328<br>Jefferson City, MO 65110 | A | 204,000 | 1.58% |
| Larry R. Bloebaum and Mary R. Bloebaum<br>3105 Citadel Court<br>Jefferson City, MO 65109 | A | 197,362 | 1.53% |
| Larry R. Bloebaum and Mary R. Bloebaum<br>3105 Citadel Court<br>Jefferson City, MO 65109 | A | 196,913 | 1.52% |
| Schuyler J. Mariea<br>1826 Chelle Court<br>Jefferson City, MO 65101 | A | 183,250 | 1.42% |
| Steven P. Albert<br>419 Virginia Trail<br>Jefferson City, MO 65109 | A | 152,000 | 1.18% |
| Remley Enterprises Limited Partnership<br>1423 Dixon Drive<br>Jefferson City, MO 65101 | A | 144,080 | 1.11% |
| Bolivar Bancshares, Inc.<br>c/o Mr. Brad Gregory<br>P.O. Box 560<br>Bolivar, MO 65613-0560 | A | 140,700 | 1.09% |
| Allen K. Shih and Helena M. Shih<br>914 Cari Ann Drive<br>Jefferson City, MO 65109 | A | 138,200 | 1.07% |
| RRR Real Estate, Inc.<br>1423 Dixon Drive<br>Jefferson City, MO 65101 | A | 133,120 | 1.03% |
| Peter Bartok and Colleen Bartok<br>321 West Burnam Road<br>Columbia, MO 65203 | A | 126,800 | 0.98% |
| Harold W. Burkemper<br>#2 Rockwood Trail Court<br>Saint Charles, MO 63303 | A | 120,000 | 0.93% |
| Floyd Trim<br>3610 West Gordon Drive<br>Jefferson City, MO 65109 | A | 120,000 | 0.93% |
| Nancy K. Brown or William W. Brown<br>4 Log Cabin Lane<br>Lake Saint Louis, MO 63367-2003 | A | 116,000 | 0.90% |
| Central Financial Corporation<br>c/o Mr. Earl D. McVicker, Chairman<br>P.O. Box 1366<br>Hutchinson, KS 67504 | A | 110,000 | 0.85% |
| David F. Atkins and Lori F. Atkins<br>1702 South Fairview Road<br>Columbia, MO 65203 | A | 109,000 | 0.84% |

| | | | |
|---|---|---|---|
| Michael B. Atkin<br>c/o First Bankers' Banc Securities, Inc.<br>1714 Deer Tracks Trail, Suite 110<br>Saint Louis, MO 63124 | A | 100,000 | 0.77% |
| Harold L. Leydens<br>711 West McCarty<br>Jefferson City, MO 65109 | A | 100,000 | 0.77% |
| Mercantile Bancorp, Inc.<br>c/o Mr. Dan Dugan<br>P.O. Box 3455<br>200 North 33rd Street<br>Quincy, IL 62305 | A | 100,000 | 0.77% |
| Southern Missouri Bancshares, Inc.<br>P.O. Box M<br>Marshfield, MO 65706 | A | 100,000 | 0.77% |
| Kelly Hunter Toombs and Kathryn Toombs<br>8209 Rosewood Lane<br>Prairie Village, KS 66208 | A | 100,000 | 0.77% |
| Michael W. Anderson<br>P.O. Box 105647<br>Jefferson City, MO 65110-5647 | A | 96,000 | 0.74% |
| Mark C. Atkins and Christie D. Atkins<br>1050 Veazey Road<br>Cottage Grove, TN 38224 | A | 92,000 | 0.71% |
| Nanson Investments, LP<br>1423 Dixon Drive<br>Jefferson City, MO 65101 | A | 90,000 | 0.70% |
| Lucas Y.C. Chen<br>4629 West Fitch Avenue<br>Lincolnwood, IL 60712-2119 | A | 88,000 | 0.68% |
| Mid-America Bancorp, Inc.<br>c/o Mr. Mark Fitzpatrick<br>P.O. Box 7987<br>Leawood, KS 66207-0987 | A | 86,000 | 0.67% |
| Donald E. Krattli and Joyce A. Krattli<br>3109 Citadel Court<br>Jefferson City, MO 65109 | A | 80,750 | 0.62% |
| Donald E. Krattli and Joyce A. Krattli<br>3109 Citadel Court<br>Jefferson City, MO 65109 | A | 80,720 | 0.62% |
| Tim J. Hagenhoff and Georgia A. Hagenoff<br>5117 Edinburgh Waye<br>Jefferson City, MO 65101 | A | 80,000 | 0.62% |
| Joe A. Tiedemann and Shelly S. Tiedemann<br>2629 Cripple Creek<br>Saint Louis, MO 63129 | A | 80,000 | 0.62% |
| Carol Ann Trim<br>3610 West Gordon Drive<br>Jefferson City, MO 65109 | A | 80,000 | 0.62% |
| Owen & Sons Development Co.<br>c/o Mr. Marc Owen<br>235 Jungerman Road, Suite 207<br>Saint Peters, MO 63376 | A | 68,000 | 0.53% |

| | | | |
|---|---|---|---|
| Thomas R. Smith and Ann Smith<br>401 East Locust, Suite 300<br>Columbia, MO 65201 | A | 66,000 | 0.51% |
| NTC & Co.<br>717 17th Street<br>Suite 1700<br>Denver, CO 80202 | A<br>B<br>C | 61,600<br>0<br>0 | 0.48%<br>Less than 0.01%<br>Less than 0.01% |
| OTH Investments, L.L.C.<br>c/o Mr. B. Dan Bryson<br>215 West College<br>Grapevine, TX 76051 | A | 61,200 | 0.47% |
| Don Howser Jr. and Suzanne Howser<br>5502 Thornbrook Parkway<br>Columbia, MO 65203 | A | 60,000 | 0.46% |
| Darrell B. Roegner<br>13 Saint Malo Court<br>Lake Saint Louis, MO 63367 | A | 60,000 | 0.46% |
| William E. Stricker<br>2801 Butternut Court<br>Columbia, MO 65201 | A | 60,000 | 0.46% |
| Pershing LLC<br>ATTN:  Limited Partnerships<br>One Pershing Plaza<br>7th Floor<br>Jersey City, NY 07399 | A<br>B<br>C | 56,380<br>1,800<br>1,200 | 0.44%<br>0.01%<br>0.01% |
| Randy M. Morrow and Sandra D. Morrow<br>1505 Canton Drive<br>Columbia, MO 65203 | A | 54,600 | 0.42% |
| Edward D Jones & Co<br>ATTN: Kate Matula<br>700 Maryville Centre Drive<br>St. Louis, MO 63141-5824 | A<br>B<br>C | 52,592<br>0<br>0 | 0.41%<br>Less than 0.01%<br>Less than 0.01% |
| Fast Lane Group, Inc.<br>c/o Mr. Wayne Baker<br>2299 South Spoede Lane<br>Warrenton, MO 63383 | A | 50,000 | 0.39% |
| Jon Roy Reid<br>c/o Mr. Jon Roy Reid<br>P.O. Box 224927<br>Dallas, TX 75222 | A | 50,000 | 0.39% |
| Wallstreet Financial Group, Inc.<br>c/o Leroy L. Wilbers, Jr.<br>211 Marshall Street<br>Jefferson City, MO 65101 | A | 45,600 | 0.35% |
| B.K.R. Investments, Inc.<br>c/o Mr. Michael L. Kehoe<br>3589 Gettysburg Place<br>Jefferson City, MO 65109 | A | 42,500 | 0.33% |
| IRA Rollover FBO Winston Harrison<br>500 Keene Street, Suite 402<br>Columbia, MO 65201 | A | 42,060 | 0.33% |

| | | | |
|---|---|---|---|
| Alan D. Clark and Kelly W. Clark<br>2159 State Road MM<br>New Bloomfield, MO 65063 | A | 42,000 | 0.32% |
| Nancy M. Kersten and Neil W. Kersten<br>16761 Concord Hill Road<br>Marthasville, MO 63357 | A | 42,000 | 0.32% |
| Melvin L. Sutton and M. Dean Sutton<br>128 South Hartnett Drive<br>Ferguson, MO 63135 | A | 42,000 | 0.32% |
| Citizens National Bancorp, Inc.<br>c/o Mr. David L. McBeath<br>P.O. Box 3717<br>Springfield, MO 65808-3717 | A | 40,000 | 0.31% |
| Gaines Family Limited Partnership<br>55 North Pointe Circle<br>Lake Saint Louis, MO 63367 | A | 40,000 | 0.31% |
| Robert G. McKelvey and Audree McKelvey<br>2154 Bluestone Drive<br>Saint Charles, MO 63303-6598 | A | 40,000 | 0.31% |
| First Trust Company of Onaga<br>ATTN: Denise Coon<br>P.O. Box 420<br>Onaga, KS 66521-0420 | A<br>B<br>C | 38,000<br>15,200<br>0 | 0.29%<br>0.12%<br>Less than 0.01% |
| Mary G.A., L.P.<br>c/o Mrs. Mary G. Albers<br>14044 Aberdeen<br>Leawood, KS 66224 | A | 36,000 | 0.28% |
| Luetkenhaus Properties, Inc.<br>c/o Mr. Bill Luetkenhaus<br>410 Crestview Drive<br>O'Fallon, MO 63366 | A | 36,000 | 0.28% |
| Medtrak Services, L.L.C.<br>c/o Mr. Kermit J. Fendler, CEO<br>7101 College Blvd., Suite #1010<br>Overland Park, KS 66210 | A | 36,000 | 0.28% |
| Marine Bank<br>ATTN: Trust Sourcing Solutions<br>3050 Wabash Avenue<br>Springfield, IL 62704 | A<br>B<br>C | 36,000<br>0<br>0 | 0.28%<br>Less than 0.01%<br>Less than 0.01% |
| Russ Anderson and Andrea Anderson<br>706 Corpse Court<br>Columbia, MO 65201 | A | 35,700 | 0.28% |
| Sandra G. Hartnett<br>1301 Municipal Way, Suite 250<br>Grapevine, TX 76051 | A | 35,700 | 0.28% |
| Ralph A. Hennerich and Diana Hennerich<br>705 Regency Cove Drive<br>Four Seasons, MO 65049 | A | 35,700 | 0.28% |
| Paxton A. Schneider and Rachael Kennedy<br>Schneider<br>4041 Maple Bluff Drive<br>Columbia, MO 65203 | A | 34,500 | 0.27% |

| | | | |
|---|---|---|---|
| Rudolph L. Veit<br>515 East High Street<br>Jefferson City, MO 65101 | A | 34,000 | 0.26% |
| Cynthia B. Walker Trust UTA 3-28-90<br>510 Redondo Drive<br>Chesterfield, MO 63017 | A | 34,000 | 0.26% |
| Baker Family Co.<br>c/o Mr. Wayne Baker<br>2299 South Spoede Lane<br>Warrenton, MO 63383 | A | 32,000 | 0.25% |
| Stanley E. Mehrhoff<br>P.O. Box 1761<br>Jefferson City, MO 65102 | A | 32,000 | 0.25% |
| William J. Green and Belinda K. Green<br>49 Forest Lake Court<br>Saint Charles, MO 63301 | A | 31,100 | 0.24% |
| John J. Falzone and Sue A. Falzone<br>3111 Citadel Court<br>Jefferson City, MO 65109 | A | 31,000 | 0.24% |
| Robert S. Wholey<br>1008 West 69th Street<br>Kansas City, MO 64113 | A | 31,000 | 0.24% |
| James F. Moore and Catherine A. Moore<br>1963 South Crescent Place<br>Springfield, MO 65809 | A | 30,000 | 0.23% |
| John E. Vogt and Toni K. Vogt<br>2215 Blue Lake Drive<br>Wentzville, MO 63385 | A | 28,500 | 0.22% |
| Christopher J. Badger and Lucyna A. Badger<br>1904 Casa Loma Court<br>Grapevine, TX 76051 | A | 28,000 | 0.22% |
| Beth Utrecht and John Utrecht<br>1436 Satinwood Drive<br>Jefferson City, MO 65109 | A | 26,600 | 0.21% |
| Friendship Bancshares, Inc.<br>c/o Mr. Mark Luebbert<br>P.O. Box 649<br>Linn, MO 65051 | A | 25,000 | 0.19% |
| George A. Pfenenger and Joan D. Pfeneger<br>1600 Woodrail<br>Columbia, MO 65203 | A | 25,000 | 0.19% |
| Daniel R. Roling Trust<br>902 Southwest Boulevard<br>Jefferson City, MO 65109 | A | 25,000 | 0.19% |
| Julie K. Roling<br>1618 Paddlewheel<br>Jefferson City, MO 65109 | A | 25,000 | 0.19% |
| Secrty Bancshares of Pulaski County Inc.<br>110 Lynn Street<br>P.O. Box S<br>Waynesville, MO 65583 | A | 25,000 | 0.19% |

| | | | |
|---|---|---|---|
| Dennis J. Palmer and Nancy L. Palmer<br>4703 Garden Brook Court<br>Columbia, MO 65203 | A | 24,000 | 0.19% |
| Donald L. Welch and Sarah L. Welch<br>6917 Ketterman Lane<br>Jefferson City, MO 65101 | A | 24,000 | 0.19% |
| Keith F. Steinhoff and Donna Steinhoff<br>26 Berkshire Drive<br>Saint Louis, MO 63117 | A | 23,536 | 0.18% |
| Stephen C. Lieber<br>801 North Mason Road<br>Saint Louis, MO 63141 | A | 23,200 | 0.18% |
| Charles D. Menke<br>1703 Rainwood Place<br>Columbia, MO 65203 | A | 22,000 | 0.17% |
| Glen Strothmann and Snezana Strothmann<br>1207 Tartan Place<br>Columbia, MO 65203 | A | 22,000 | 0.17% |
| The Hartnett Group Ltd.<br>c/o Mr. Paul Guernsey<br>1301 Municipal Way, Suite 250<br>Grapevine, TX 76051 | A | 21,400 | 0.17% |
| Kent Q. Kreh, Dorothy L. Kreh and Nancy B. Wiley<br>260 Carlyle Lake Drive<br>Creve Coeur, MO 63141 | A | 21,000 | 0.16% |
| John H. Ratliff<br>603 East South Drive<br>Salisbury, MO 65281 | A | 21,000 | 0.16% |
| IBAT<br>c/o Mr. Randall B. Rush, Partner<br>5550 Powers Center Point<br>Colorado Springs, CO 80920 | A | 20,200 | 0.16% |
| Barat Academy<br>c/o Ms. Debra L. Watson<br>1 Academy Place<br>Dardenne Prairie, MO 63368 | A | 20,000 | 0.15% |
| George Hartsfield and Paula Hartsfield<br>1909 Sarah Lane<br>Jefferson City, MO 65101 | A | 20,000 | 0.15% |
| Linda S. LaBrayere<br>#55 Sulgrove Road<br>Wellsville, MO 63384 | A | 20,000 | 0.15% |
| Richard W. Pemberton and Sharon C. Pemberton<br>830 Shanon Dale Court<br>Jefferson City, MO 65109 | A | 20,000 | 0.15% |
| Michael E. Rau and Andrea D. Rau<br>1395 West Main Street<br>Washington, MO 63090 | A | 20,000 | 0.15% |

| | | | |
|---|---|---|---|
| Joseph N. Scheppers and Brenda K. Scheppers<br>817 Weatherhill Road<br>Jefferson City, MO 65109 | A | 20,000 | 0.15% |
| Paul M. Smith Sr. and Nancy Smith<br>2056 Isla Vista Lane<br>Naples, FL 34105 | A | 20,000 | 0.15% |
| William E. Stricker and Pamela H. Stricker<br>2801 Butternut Court<br>Columbia, MO 65201 | A | 20,000 | 0.15% |
| National Financial Services LLC<br>ATTN:  CAISP<br>200 Liberty Street<br>5th Floor<br>New York, NY 10281 | A<br>B<br>C | 20,000<br>17,900<br>0 | 0.15%<br>0.14%<br>Less than 0.01% |
| Topwater Capital Partners, LP<br>c/o Mr. Robert Topping<br>Westar Aerospace & Defense Group Inc.<br>4 Research Park Drive<br>Saint Charles, MO 63304 | A | 19,600 | 0.15% |
| John J. Sheehan and Barbara M. Sheehan<br>3138 Williamsburg Way<br>Jefferson City, MO 65109 | A | 19,100 | 0.15% |
| Desmond Van Allen and Julie R. Allen<br>6401 Sabine Drive<br>Columbia, MO 65203 | A | 18,000 | 0.14% |
| Carroll Wayne Bedwell and Mollie Bedwell<br>P.O. Box 537<br>Sunray, TX 79086 | A | 18,000 | 0.14% |
| Brad Epple and Sharon K. Epple<br>5401 Foxfire Lane<br>Lohman, MO 65053 | A | 18,000 | 0.14% |
| First Okmulgee Corporation<br>c/o Mr. Nevyle R. Cable<br>P.O. Box 1037<br>Okmulgee, OK 74447 | A | 18,000 | 0.14% |
| Richard B. Jennett and Lana K. Jennett<br>819 Harvest Drive<br>Jefferson City, MO 65109 | A | 18,000 | 0.14% |
| John Koonce and Patricia C. Koonce<br>2059 Highway 179<br>Jefferson City, MO 65109 | A | 18,000 | 0.14% |
| Meir Lazar and Delores Gail Lazar<br>600 South Lakota Ridge Lane<br>Columbia, MO 65203 | A | 18,000 | 0.14% |
| Meggs Bancshares, LLC<br>c/o Mr. David Meggs<br>7736A Delmar Blvd<br>University City, MO 63130 | A | 18,000 | 0.14% |
| Thomas Edward Palitzsch<br>515 North Benton Avenue<br>Saint Charles, MO 63301 | A | 18,000 | 0.14% |

| | | | |
|---|---|---|---|
| Donald H. Renkemeyer<br>8901 Mary Lane<br>Jefferson City, MO 65101 | A | 18,000 | 0.14% |
| Michael S. Severance and Gail M. Severance<br>728 Hobbs Road<br>Jefferson City, MO 65109 | A | 18,000 | 0.14% |
| John R. Stacy<br>508 Woodland Trail<br>Keller, TX 76248 | A | 18,000 | 0.14% |
| IRA Rollover FBO Deborah Daniels<br>2101 West Broadway PMB 308<br>Columbia, MO 65203 | A | 17,940 | 0.14% |
| Joey Leydens<br>711 West McCarty<br>Jefferson City, MO 65109 | A | 17,200 | 0.13% |
| Bernard A. Hainen and Glenda L. Hainen<br>P.O. Box 578<br>Tipton, MO 65081 | A | 17,000 | 0.13% |
| Roxanne J. Schnieders<br>138 North Capistrano Drive<br>Jefferson City, MO 65109 | A | 17,000 | 0.13% |
| Alan R. Nageleisen and Barbara Nageleisen<br>3532 Wolf Road<br>Taylor Mill, KY 41015 | A | 16,600 | 0.13% |
| Adam Aronson<br>c/o Carl Enloe<br>Monetary Management Group, Inc<br>13537 Barrett Parkway, Suite 325<br>Saint Louis, MO 63021 | A | 16,000 | 0.12% |
| Helen Chen<br>922 Tanya Lynn Drive<br>Jefferson City, MO 65109 | A | 16,000 | 0.12% |
| Robert D. Fischer<br>7431 Woodlawn Colonial Lane<br>Saint Louis, MO 63119-4427 | A | 16,000 | 0.12% |
| Mr. and Mrs. Michael L. Kehoe<br>3589 Gettysburg Place<br>Jefferson City, MO 65109 | A | 16,000 | 0.12% |
| Omni LLC<br>c/o Mr. Jerry Scheidegger<br>2500 Old Highway 94, Suite 200<br>Saint Charles, MO 63303 | A | 16,000 | 0.12% |
| Roger Schroeder and Patricia Schroeder<br>4104 White Water Drive<br>Saint Charles, MO 63304 | A | 16,000 | 0.12% |
| Janet Wies and James R. Wies<br>7 Ardennes Place<br>Lake Saint Louis, MO 63367 | A | 16,000 | 0.12% |
| Wilco L.P.<br>c/o Mr. Bill Willbrand<br>3617 Collingwood<br>Saint Charles, MO 63301 | A | 16,000 | 0.12% |

| | | | |
|---|---|---|---|
| Lee D. Tharp<br>106 Palisades Drive<br>Jefferson City, MO 65109 | A | 15,760 | 0.12% |
| Jack E. Young and Janice E. Young<br>5125 Young Lane<br>Jefferson City, MO 65101-8073 | A | 15,100 | 0.12% |
| Noel Boyd<br>1514 East Bradford Parkway<br>Springfield, MO 65804 | B | 15,000 | 0.12% |
| Phillip Shindler and Jeri Lou Schindler<br>2721 South Wickerwood Court<br>Columbia, MO 65201 | A | 14,500 | 0.11% |
| Matthew J. Young and Tracy L. Young<br>21851 Pleasant Hill Road<br>Boonville, MO 65233 | A | 14,500 | 0.11% |
| Howard Cerini<br>2012 Chickadee Road<br>Jefferson City, MO 65101 | A | 14,000 | 0.11% |
| Terry L. Rehma<br>221 Westpoint Court<br>Jefferson City, MO 65109 | A | 14,000 | 0.11% |
| Marvin E. Sapp<br>7300 West Main Street<br>Columbia, MO 65203 | A | 14,000 | 0.11% |
| TSA Investments, LLC<br>c/o Mr. Scott Atkins<br>1123 Wilkes Boulevard<br>Columbia, MO 65201 | A | 13,600 | 0.11% |
| Edward C. Clausen<br>3327 Pea Ridge<br>Centertown, MO 65023 | A | 13,000 | 0.10% |
| Robert G. Krattli and Cheryl L. Krattli<br>3576 Gettysburg Place<br>Jefferson City, MO 65109 | A | 12,500 | 0.10% |
| Ramona Lucas Smith<br>1205 Fieldcrest<br>Columbia, MO 65203 | A | 12,500 | 0.10% |
| Michael J. DeMauro Jr.<br>2077 Waters Edge Court<br>Lake Saint Louis, MO 63367 | A | 12,000 | 0.09% |
| H. D. Dierker and Janet R. Dierker<br>2208 Bluff Pointe Drive<br>Columbia, MO 65201 | A | 12,000 | 0.09% |
| George Stevenson<br>3009 Meghann Drive<br>Columbia, MO 65203 | A | 12,000 | 0.09% |
| Robert P. Wankum<br>611 South Eagle Trace<br>Jefferson City, MO 65109 | A | 12,000 | 0.09% |
| Leroy L. Wilbers, Jr.<br>c/o Wallstreet Financial Group, Inc.<br>211 Marshall Street<br>Jefferson City, MO 65101 | A | 12,000 | 0.09% |

| | | | |
|---|---|---|---|
| Bruce W. Wiley and Nancy B. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 11,825 | 0.09% |
| Curt Renkemeyer<br>426 East High Street<br>Jefferson City, MO 65101 | B | 11,475 | 0.09% |
| Donald J. Babb<br>P.O. Box 12<br>Bolivar, MO 65613 | B | 11,000 | 0.09% |
| Randy Scherr and Phyllis A. Willibrand<br>120 East High Street<br>Jefferson City, MO 65101 | A | 11,000 | 0.09% |
| Roderick M. Cox<br>325 Center Drive<br>Montgomery, AL 36113 | A | 10,200 | 0.08% |
| Rodney K. Adkison and Dianna M. Adkison<br>P.O. Box 105732<br>Jefferson City, MO 65110 | B | 10,000 | 0.08% |
| James Bartimus<br>11541 Cherokee Court<br>Leawood, KS 66211 | B | 10,000 | 0.08% |
| Bruce W. Berg and Barbara S. Berg<br>6447 Aberdeen Avenue<br>Dallas, TX 75230-5105 | A | 10,000 | 0.08% |
| Blair E. Brown Trust; William W. Brown<br>4 Log Cabin Lane<br>Lake Saint Louis, MO 63367-2003 | A | 10,000 | 0.08% |
| Matthew D. Brown Trust; William W.<br>Brown<br>4 Log Cabin Lane<br>Lake Saint Louis, MO 63367-2003 | A | 10,000 | 0.08% |
| William W. Brown<br>4 Log Cabin Lane<br>Lake Saint Louis, MO 63367-2003 | A | 10,000 | 0.08% |
| Randall C. Bryson and Pamela S. Bryson<br>3176 South Winding Trail Drive<br>Columbia, MO 65201 | A | 10,000 | 0.08% |
| Cloyd E. Cox<br>8752 Opal Drive<br>Tallahassee, FL 32309 | A | 10,000 | 0.08% |
| Assemblies of God Foundation<br>1661 North Boonville, Suite D<br>Springfield, MO 65803 | A | 10,000 | 0.08% |
| Eulala B. Grant<br>1486 East 508th Road<br>Bolivar, MO 65613 | A | 10,000 | 0.08% |
| Guffey-Wills LLC<br>c/o Mr. Kevin Guffey<br>P.O. Box 39<br>Belle, MO 65013 | A | 10,000 | 0.08% |
| Kimberly B. Lavery and Kimberly B. Lavery<br>1713 Acorn Drive<br>Euless, TX 76039 | B | 10,000 | 0.08% |

| | | | |
|---|---|---|---|
| Stephen C. Lieber<br>801 North Mason Road<br>Saint Louis, MO 63141 | A | 10,000 | 0.08% |
| James J. Lohse<br>#3 Potomac Court<br>Saint Charles, MO 63303 | A | 10,000 | 0.08% |
| Sean P. McManus<br>768 Hillenkamp<br>Saint Charles, MO 63304 | A | 10,000 | 0.08% |
| Leah J. McNay<br>54362 Possum Trot Road<br>Jamestown, MO 65046 | A | 10,000 | 0.08% |
| George H. Ousley, Jr.<br>2000 East Broadway, Suite 176<br>Columbia, MO 65201-6091 | A | 10,000 | 0.08% |
| Marc Owen and Jacqueline Owen<br>18950 Lake Warrenton Lane<br>Warrenton, MO 63383 | A | 10,000 | 0.08% |
| Timothy T. Sigmund and Shelly R. Sigmund<br>2731 Deardane Drive<br>Jefferson City, MO 65109 | A | 10,000 | 0.08% |
| Charles X. Stricker and Linda A. Stricker<br>4303 East Lori-Lei Court<br>Springfield, MO 65809 | A | 10,000 | 0.08% |
| Mel Korphage or PPatricia M. Korphage<br>2505 E. Schellridge Road<br>Jefferson City, MO 65109 | B | 9,700 | 0.08% |
| Robert W. Kucsik<br>49 Kiowa Court<br>Lake Ozark, MO 65049 | A | 9,280 | 0.07% |
| Ron Stuart<br>11760 Zaring Road<br>Columbia, MO 65202 | A | 9,200 | 0.07% |
| Grover D. Beatty and Cheryl C. Beatty<br>806 Sherwood Drive<br>Jefferson City, MO 65109 | A | 9,100 | 0.07% |
| Douglas C. Albers and Mary G. Albers<br>14044 Aberdeen<br>Leawood, KS 66224 | A | 9,000 | 0.07% |
| Patricia L. Hunn and Glennon D. Hunn<br>1673 Lochcrest Drive<br>Chesterfield, MO 63017 | B | 9,000 | 0.07% |
| Baker Family Trust<br>William K. Baker<br>5703 Bridlewood Court<br>Columbia, MO 65203 | A | 8,500 | 0.07% |
| Gregory L. Bartels<br>1600 Castle Rock Court<br>Columbia, MO 65203 | A | 8,000 | 0.06% |
| John R. Beverstein<br>3904 Watts Court<br>Columbia, MO 65203 | A | 8,000 | 0.06% |

| | | | |
|---|---|---|---|
| Janet C. Buschjost<br>2038 Route E<br>Jefferson City, MO 65109 | A | 8,000 | 0.06% |
| Craig W. Conway<br>2310 Picardy Place Drive<br>Chesterfield, MO 63017 | A | 8,000 | 0.06% |
| Martha E. Conway<br>120 Sweetbriar Lane<br>St. Louis, MO 63122 | A | 8,000 | 0.06% |
| Jana Chapin Dierker and Philip Dierker<br>311 Rockingham Drive<br>Columbia, MO 65203 | A | 8,000 | 0.06% |
| Frances Ann Koepke<br>2301 Deer Creek Court<br>Columbia, MO 65201 | A | 8,000 | 0.06% |
| Ferd Lightner and Marian Lightner<br>9302 David Allen Road<br>Columbia, MO 65201 | A | 8,000 | 0.06% |
| Kathleen A. Murphy<br>242 Cherry Hill Avenue<br>Lake Ozark, MO 65049 | A | 8,000 | 0.06% |
| F. Thomas Ott<br>22 Algonquin Lane<br>Saint Louis, MO 63119 | A | 8,000 | 0.06% |
| Dale M. Schwader<br>4244 West 124th Terrace<br>Leawood, KS 66209 | B | 8,000 | 0.06% |
| L. Ann Stacy and Margaret Fuller<br>508 Woodland Trail<br>Keller, TX 76248 | B | 8,000 | 0.06% |
| John Richard Willibrand<br>425 Valley View Court<br>Jefferson City, MO 65109 | A | 8,000 | 0.06% |
| Tyler Charles Willibrand<br>425 Valley View Court<br>Jefferson City, MO 65109 | A | 8,000 | 0.06% |
| Michael L. Craighead and Carol B Craighead<br>1100 Highland Ridge<br>Jefferson City, MO 65109 | B | 7,500 | 0.06% |
| Michele T. Jackson<br>800 Gray Oak<br>Columbia, MO 65203 | B | 7,300 | 0.06% |
| Patrick A. O'Dell<br>12518 Country View Drive<br>Tebbetts, MO 65080 | A | 7,220 | 0.06% |
| Buffington Asset Group, Ltd.<br>c/o Mr. Patrick J. Starley<br>3600 N. Capital of Texas Highway<br>Building B, Suite 170<br>Austin, TX 78746 | B | 7,200 | 0.06% |
| Joseph B. Chen and Sandy Y. Chen<br>4629 West Fitch Avenue<br>Lincolnwood, IL 60712-2119 | B | 7,200 | 0.06% |

| | | | |
|---|---|---|---|
| Sidney M. Cole and Rebecca A. Cole<br>2012 Post Oak Place<br>Westlake, TX 76262 | B | 7,200 | 0.06% |
| Don Crawford and Connie Crawford<br>P.O. Box 90<br>Marshfield, MO 65706 | B | 7,200 | 0.06% |
| DCBC, LLC<br>P.O. Box 782<br>Bolivar, MO 65613 | A | 7,200 | 0.06% |
| Mary E. Fendler Kermit J. Fendler<br>10819 Washington Court<br>Kansas City, MO 64114 | B | 7,200 | 0.06% |
| William M. Grant<br>1486 East 508th Road<br>Bolivar, MO 65613 | A | 7,200 | 0.06% |
| Felice D. Lowenbaum and R. Michael<br>Lowenbaum<br>71 Lake Forest Drive<br>Saint Louis, MO 63117 | B | 7,200 | 0.06% |
| Robert I. Lueckenotto<br>c/o Ms. Julie Stratman<br>1330 Vista Campo<br>Jefferson City, MO 65109 | B | 7,200 | 0.06% |
| Michael J. Parisi and Jane Parisi<br>2190 Kohn Road<br>Wright City, MO 63390 | B | 7,200 | 0.06% |
| Edward A. Rolwes and Blanche G. Rolwes<br>1313 Carriage Crossing<br>Chesterfield, MO 63005 | B | 7,200 | 0.06% |
| Freddy Spencer<br>10465 North Evert School Road<br>Harrisburg, MO 65256 | B | 7,200 | 0.06% |
| Gregory J. Rolwes<br>2705 Dougherty Ferry Road<br>Saint Louis, MO 63122 | B | 7,100 | 0.05% |
| Keith E. Monson<br>1810 Chelle Court<br>Jefferson City, MO 65101 | A | 7,080 | 0.05% |
| Cody D. Davidson<br>750 Bagnell Dam Boulevard, Suite 13<br>Lake Ozark, MO 65049 | A | 7,000 | 0.05% |
| Charles L. O'Keefe<br>8420 High Drive<br>Leawood, KS 66206 | B | 7,000 | 0.05% |
| Larry E. Bloebaum<br>95 North Hillview Drive<br>St. Peters, MO 63376 | A | 6,988 | 0.05% |
| David Bear<br>806A Bourn Avenue<br>Columbia, MO 65203 | A | 6,800 | 0.05% |
| Jeffrey M. Schnieders and Sharon Schnieders<br>1210 Sycamore Valley Lane<br>Jefferson City, MO 65109 | A | 6,700 | 0.05% |

| | | | |
|---|---|---|---|
| Randall G. Allen<br>1805 Green Berry Road<br>Jefferson City, MO 65101 | A | 6,500 | 0.05% |
| David E. Hetzler and Janet Chance-Hetzler<br>11 Edgewood Avenue<br>Columbia, MO 65203 | A | 6,500 | 0.05% |
| Gregory J. Kolb and Diane C. Kolb<br>3432 West Truman Boulevard<br>Suite 102<br>Jefferson City, MO 65109 | A | 6,500 | 0.05% |
| Jerry A. Nail<br>1910 Long Street Drive<br>Columbia, MO 65202 | A | 6,420 | 0.05% |
| James A. Ford<br>920 Shiloh Place<br>Jefferson City, MO 65109 | A | 6,000 | 0.05% |
| Sidney A. Fox<br>25 Castlewood Drive<br>Eldon, MO 65026 | A | 6,000 | 0.05% |
| Kathy Graessle and Ralph Graessle<br>300 Tri County Road<br>Meta, MO 65058 | A | 6,000 | 0.05% |
| Jerry Harris<br>484 Island Way<br>Clearwater, FL 33767 | B | 6,000 | 0.05% |
| Terry A. Lee and Patricia W. Lee<br>4802 New Castle Drive<br>Columbia, MO 65203 | B | 6,000 | 0.05% |
| Mary Lou Smith<br>5004 Blackwolf Road<br>Springfield, IL 62711 | B | 6,000 | 0.05% |
| Robert W. Kucsik and Kimberly D. Kucsik<br>49 Kiowa Court<br>Lake Ozark, MO 65049 | A | 5,880 | 0.05% |
| Carolyn B. Freidinger and Louis Freidinger<br>2846 Valley View Terrace<br>Jefferson City, MO 65109-1054 | B | 5,600 | 0.04% |
| Carol A. Blanton and Ben F. Blanton<br>Blanton Construction<br>550 Turner Boulevard<br>Saint Peters, MO 63376 | A | 5,000 | 0.04% |
| Gary L. Casper and Cindy A. Casper<br>28 Holloway Drive<br>Lake Saint Louis, MO 63367 | A | 5,000 | 0.04% |
| Joseph E. Dittmeier and Janis M. Dittmeier<br>61 Sandwedge Drive<br>Saint Charles, MO 63303 | A | 5,000 | 0.04% |
| Scott Renkemeyer<br>4722 Glenshire Way<br>Jefferson City, MO 65101 | B | 5,000 | 0.04% |

| | | | |
|---|---|---|---|
| Bradley R. Roling Trust<br>902 Southwest Boulevard<br>Jefferson City, MO 65109 | A | 5,000 | 0.04% |
| Danielle M. Roling Trust<br>902 Southwest Boulevard<br>Jefferson City, MO 65109 | A | 5,000 | 0.04% |
| Jeffrey L. Roling Trust<br>902 Southwest Boulevard<br>Jefferson City, MO 65109 | A | 5,000 | 0.04% |
| Ralph L. Strader<br>4015 Terra Bella Drive<br>Jefferson City, MO 65109 | A | 5,000 | 0.04% |
| Robert P. Wankum<br>611 South Eagle Trace<br>Jefferson City, MO 65109 | A | 5,000 | 0.04% |
| Richard A. Zander and Susan E. Zander<br>29 Lake Forest Court South<br>Saint Charles, MO 63301 | B | 5,000 | 0.04% |
| William J. Lloyd, Jr.<br>504 Rothwell Drive<br>Columbia, MO 65203 | A | 4,800 | 0.04% |
| Anna L. Castrop<br>2127 West Edgewood Drive<br>Jefferson City, MO 65109 | B | 4,500 | 0.03% |
| James Lee Smith<br>12078 County Road 4037<br>Holts Summit, MO 65043 | A | 4,440 | 0.03% |
| Joseph E. Dittmeier and Janis M. Dittmeier<br>61 Sandwedge Drive<br>Saint Charles, MO 63303 | A | 4,300 | 0.03% |
| Harold J. Bartch and Julie A. Bartch<br>110 Bogey Estates Drive<br>Saint Charles, MO 63303 | A | 4,000 | 0.03% |
| Debra S. Bax Trust UTA DTD 1-11-2002<br>1031 Peruque Crossing Court<br>O'Fallon, MO 63366 | B | 4,000 | 0.03% |
| Mary Sue Beck<br>1417 Torrey Pines Drive<br>Columbia, MO 65203 | A | 4,000 | 0.03% |
| Wallace James Beck, Jr.<br>1417 Torrey Pines Drive<br>Columbia, MO 65203 | A | 4,000 | 0.03% |
| Terry Boling<br>364 Galahad Drive<br>Saint Charles, MO 63304 | B | 4,000 | 0.03% |
| Larry D. Brandhorst<br>1035 Satinwood Court<br>Jefferson City, MO 65109-1809 | B | 4,000 | 0.03% |
| Lou Brock Products, Inc.<br>c/o Mr. Lou Brock<br>61 Barkley Place<br>Saint Charles, MO 63301 | A | 4,000 | 0.03% |

| | | | |
|---|---|---|---|
| Mark E. Douglas and Christine A. Dougless<br>4856 Classic Turn<br>Mason, OH 45040 | A | 4,000 | 0.03% |
| Kenny Dryden<br>4311 Bunny Run<br>Austin, TX 78746 | B | 4,000 | 0.03% |
| Lee Eitel and Tamara R. Eitel<br>809 Primrose<br>Jefferson City, MO 65109 | A | 4,000 | 0.03% |
| John B. Gammon and Iva J. Gammon<br>285 Fairway Green Drive<br>O'Fallon, MO 63368 | A | 4,000 | 0.03% |
| Stephen H. Greenberg and Shirley Greenberg<br>51 Holly Berry Court<br>Blythewood, SC 29016 | A | 4,000 | 0.03% |
| Gerald C. Haake<br>1015 West 114th Terrace<br>Kansas City, MO 64114 | B | 4,000 | 0.03% |
| Shawn P. Hagner and Kelli R. Hagner<br>7706 North Pomona Place<br>Kansas City, MO 64152 | A | 4,000 | 0.03% |
| Pamela S. Harrell and Neal Harrell<br>3708 Bear Creek Bluff Court<br>Wentzville, MO 63385 | A | 4,000 | 0.03% |
| David E. Hockman and Sherry L. Hockman<br>2413 Lacewood Drive<br>Columbia, MO 65201 | B | 4,000 | 0.03% |
| Steven E. Hohn and Judith M. Hohn<br>14430 Marty Street<br>Overland Park, KS 66223 | B | 4,000 | 0.03% |
| Linda M. Jackson or Robert V. Jackson<br>1001 West 69th Street<br>Kansas City, MO 64113 | B | 4,000 | 0.03% |
| Joseph H. Keipp Revocable Living Trust<br>17900 Homestead Bluffs Drive<br>Chesterfield, MO 63005 | B | 4,000 | 0.03% |
| Philip Keipp and Carrie Keipp<br>6 Spring Mill Woods Court East<br>Saint Charles, MO 63303 | B | 4,000 | 0.03% |
| Philip W. Keipp And Frances T. Keipp<br>441 Jungs Station Road<br>Saint Charles, MO 63303 | B | 4,000 | 0.03% |
| Kertz Farms Partnership<br>c/o Mr. Mike Kertz<br>20378 White Sands Road<br>Saint Genevieve, MO 63670 | A | 4,000 | 0.03% |
| Peggy Kolb<br>424 Meadow Brook Court<br>Jefferson City, MO 65109 | A | 4,000 | 0.03% |
| Jeremy M. Malensky<br>1031 Peruque Crossing Court<br>O'Fallon, MO 63366 | B | 4,000 | 0.03% |

| | | | |
|---|---|---|---|
| Harold D. McDowell and Margaret Ann McDowell<br>1010 Leslie Boulevard<br>Jefferson City, MO 65101 | A | 4,000 | 0.03% |
| Charles R. McGruder and Sheryl L. McGruder<br>538 County Road 340<br>Franklin, MO 65250 | A | 4,000 | 0.03% |
| Albert J. and Danielle Morgenthaler<br>214 Remington Heights Court<br>Wildwood, MO 63038 | A | 4,000 | 0.03% |
| Robert B. Morgenthaler<br>3127 Creve Coeur Mill Rd<br>Hangar N5<br>Saint Louis, MO 63146 | A | 4,000 | 0.03% |
| Harvard W. Muhm<br>22 Ridgemoor Drive<br>Saint Louis, MO 63105 | A | 4,000 | 0.03% |
| James J. Murphy<br>242 Cherry Hill Avenue<br>Lake Ozark, MO 65049 | A | 4,000 | 0.03% |
| Gary G. Norment and Lisa L. Norment<br>5625 Bald Hill Road<br>Jefferson City, MO 65101 | B | 4,000 | 0.03% |
| Michael L. Rogers or Sandra L. Rogers or David L. Rogers<br>2924 Wentworth Court<br>Saint Charles, MO 63301 | A | 4,000 | 0.03% |
| Thomas J. Schmidt<br>1143 Whitmoor Drive<br>Weldon Spring, MO 63304 | A | 4,000 | 0.03% |
| Larry R. Siebert and Helen L. Siebert<br>1861 Cedar Ridge Road #A<br>Jefferson City, MO 65109 | A | 4,000 | 0.03% |
| Kenneth H. Suelthaus Gen Trust<br>100 South Fourth Street, Suite 1000<br>Saint Louis, MO 63102 | A | 4,000 | 0.03% |
| Daniel G. Teubner and Tina R. Burton<br>1528 Fox Moor Court<br>Jefferson City, MO 65109 | A | 4,000 | 0.03% |
| Richard O. Thompson or Jane A. Thompson<br>26430 West 108th Street<br>Olathe, KS 66061 | B | 4,000 | 0.03% |
| Douglas A. West and Jill M. West<br>1567 State Route D<br>Lohman, MO 65053 | B | 4,000 | 0.03% |
| Valentine K. Weston<br>168 Braewood Circle<br>Saint Charles, MO 63301 | B | 4,000 | 0.03% |
| John Willibrand<br>425 Valley View Court<br>Jefferson City, MO 65109 | A | 4,000 | 0.03% |

| | | | |
|---|---|---|---|
| Mark A. Wine<br>3111 North Lawrence Drive<br>Columbia, MO 65202 | A | 4,000 | 0.03% |
| Delton L. Jacobs and Janie H. Jacobs<br>3800 Daylily Court<br>Columbia, MO 65203 | B | 3,700 | 0.03% |
| Lucas Y.C. Chen, Claire Angelica Chen,<br>Grace Amelia Chen, Rose Maryanna Chen,<br>and Theodore Peter Chen<br>800 Sherwood Drive<br>Jefferson City, MO 65109 | A | 3,600 | 0.03% |
| Jonathan Craighead and Margaret Craighead<br>3610 Gettysburg Place<br>Jefferson City, MO 65109 | B | 3,600 | 0.03% |
| Harold Moore<br>500 West Ash Lane<br>Euless, TX 76039 | B | 3,600 | 0.03% |
| SJH Enterprises, LLC<br>c/o Mr. Steven G. Parisi<br>1605 Westshyre Drive<br>Lake Saint Louis, MO 63367 | B | 3,600 | 0.03% |
| Marie A. Sweeney and Dennis M. Sweeney<br>11709 Summit<br>Kansas City, MO 64114 | B | 3,570 | 0.03% |
| Randolph E. Boettler<br>1848 Spring Mill Creek #3633L<br>Saint Charles, MO 63303-1332 | B | 3,500 | 0.03% |
| Craig Anthony "Tony" Feather<br>2720 Tanglewood Drive<br>Jefferson City, MO 65109 | B | 3,500 | 0.03% |
| Kevin Hansen and Ashley Hansen<br>1857 Broken Bend Drive<br>Westlake, TX 76262 | B | 3,500 | 0.03% |
| Jeffrey A. Isel<br>P.O. Box 812<br>Grapevine, TX 76099 | B | 3,500 | 0.03% |
| Richard A. Meyer<br>Attn:  Ms. Donna Howard<br>504 South Cool Springs Road<br>O'Fallon, MO 63366 | B | 3,500 | 0.03% |
| James A. Perch and Constance A. Perch<br>219 Burke Place<br>Jefferson City, MO 65109 | B | 3,500 | 0.03% |
| Thomas A. Reiss<br>1944 Lymington Common<br>Chesterfield, MO 65005 | B | 3,500 | 0.03% |
| Jim Finn and Kaye E. Finn<br>43772 Highway 52<br>Meta, MO 65058 | B | 3,430 | 0.03% |
| James D. Haslag and Patricia A. Haslag<br>1344 Highway W<br>Linn, MO 65051 | A | 3,300 | 0.03% |

| | | | |
|---|---|---|---|
| Richard A. Hall<br>12672 County Road 4025<br>Holts Summit, MO 65043 | A | 3,200 | 0.02% |
| Barbara S. Lindner<br>1409 Woodrail Avenue<br>Columbia, MO 65203 | A | 3,040 | 0.02% |
| Lori Bodenschatz and Roger Bodenschat<br>237 Madeline's Park Circle<br>Jefferson City, MO 65109 | A | 3,030 | 0.02% |
| H. Riley Bock and Jill A. Bock<br>901 Davis Street<br>New Madrid, MO 63869 | B | 3,000 | 0.02% |
| Joan Firley<br>3329 Country Club Drive<br>Jefferson City, MO 65109 | B | 3,000 | 0.02% |
| Brian R. Stertzer<br>1710 Abbotsford Green Drive<br>Powell, OH 43065 | B | 3,000 | 0.02% |
| David B. Stertzer<br>4801 Melrose Park Drive<br>Colleyville, TX 76034 | B | 3,000 | 0.02% |
| Dean Stertzer<br>625 Kendrick Place<br>Boulder City, NV 89005 | B | 3,000 | 0.02% |
| Kevin L. Wisch and Karen M. Wisch<br>1705 Wilmor Drive<br>Jefferson City, MO 65101 | B | 3,000 | 0.02% |
| Russell Batten and James R. Batten<br>4346 South 168th Road<br>Bolivar, MO 65613 | B | 2,800 | 0.02% |
| Suzette Howell<br>2341 Camzie Drive<br>Jefferson City, MO 65101 | A | 2,600 | 0.02% |
| Jeffrey M. Blanton<br>940 Stone Castel Drive<br>Saint Paul, MO 63366 | A | 2,500 | 0.02% |
| Larry D. Brandhorst and DiAnne Brandhorst<br>1035 Satinwood Court<br>Jefferson City, MO 65109-1809 | B | 2,500 | 0.02% |
| Jonathan C. Browning and Maura Browning<br>5501 Bull Rock Road<br>Jefferson City, MO 65109 | B | 2,500 | 0.02% |
| John L. Carter<br>12 Edge of Woods<br>New Albany, OH 43054 | B | 2,500 | 0.02% |
| Kelly S. Carter<br>7672 Ogden Woods Boulevard<br>New Albany, OH 43054 | B | 2,500 | 0.02% |
| Kendall G. Cotten<br>4309 Park Lane<br>Dallas, TX 75220 | A | 2,500 | 0.02% |

| | | | |
|---|---|---|---|
| Kimberly Ellsmore<br>2612 Twin Hills Road<br>Jefferson City, MO 65109 | A | 2,500 | 0.02% |
| Cary Gampher<br>2202 Atelier<br>Jefferson City, MO 65109 | A | 2,500 | 0.02% |
| James J. Murphy<br>242 Cherry Hill Avenue<br>Lake Ozark, MO 65049 | A | 2,500 | 0.02% |
| David P. Schuler<br>703 Edgewood Terrace<br>Lake Saint Louis, MO 63367 | B | 2,500 | 0.02% |
| Clarence J. Stieferman and Shirley A.<br>Stieferman<br>3524 Rock Ridge Road<br>Jefferson City, MO 65109 | B | 2,500 | 0.02% |
| Gary W. Wisch and Jacqueline Wisch<br>2612 Jennifer Drive<br>Jefferson City, MO 65101 | B | 2,500 | 0.02% |
| William J. Holtmeyer, Sr.<br>1512 Inverness Court<br>Columbia, MO 65203-4812 | B | 2,400 | 0.02% |
| Floyd Reinkemeyer and Alice Reinkemeyer<br>P.O. Box 273<br>Westphalia, MO 65085 | B | 2,400 | 0.02% |
| Jana Lehman<br>732 Deer Creek Road<br>Jefferson City, MO 65109 | A | 2,320 | 0.02% |
| Crystal Payne and Dennis Payne<br>1012 Sunset Drive<br>Columbia, MO 65203 | A | 2,224 | 0.02% |
| Patricia A. McLaughlin and Kevin T.<br>McLaughlin<br>105 Silverstone Circle<br>Byrnes Mill, MO 63051 | C | 2,200 | 0.02% |
| Eric and Michele Caywood Revocable Trust<br>2417 Bowe Lane<br>Jefferson City, MO 65109 | B | 2,100 | 0.02% |
| Atlantis Development, Ltd.<br>c/o Mr. Allen Jones<br>5880 Shady Oaks Drive<br>Frisco, TX 75034 | B | 2,000 | 0.02% |
| Jonathan Badger<br>3426 Cline Street<br>Houston, TX 77020 | B | 2,000 | 0.02% |
| Karen E. Balcer<br>5413 Buffalo Road<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Walter Berhorst and Joan Berhorst<br>209 West Main<br>Westphalia, MO 65085 | B | 2,000 | 0.02% |

| | | | |
|---|---|---|---|
| Danny W. Bishop<br>514 Bellah Drive<br>Irving, TX 75062 | B | 2,000 | 0.02% |
| Jeffrey H. Blaylock and Kimberly Blaylock<br>1109 Sunset Drive<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Westmount Yucaipa, L.P.<br>c/o Mr. Clifford A. Booth<br>1401 Elm Street, Suite 4400<br>Dallas, TX 75202 | B | 2,000 | 0.02% |
| Mary Ellen Bradley<br>1307 Sedona Villas Drive<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Carson Coffman and Jennifer Coffman<br>5407 Largo Drive<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Melvin T. Cole<br>151 Barker Lane<br>Ballwin, MO 63021 | B | 2,000 | 0.02% |
| Kendall G. Cotton and Christian Cotten<br>4309 Park Lane<br>Dallas, TX 75220 | A | 2,000 | 0.02% |
| Oksana Kirina and Christopher Cottone<br>3103 Crabapple Lane<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Rick and Keri Cronin<br>c/o Titan Homes, Inc.<br>7417 Mexico Road, Suite 102<br>Saint Peters, MO 63376 | A | 2,000 | 0.02% |
| Michael J. Delaney and Judity A. Delany<br>2609 Huntleigh Place<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Billy Delp III<br>4304 Hidden Valley Court<br>Colleyville, TX 76034 | B | 2,000 | 0.02% |
| Stanley N. Diaz and Elena L. Diaz<br>503 East Nifong Boulevard # 344<br>Columbia, MO 65201 | B | 2,000 | 0.02% |
| William H. Dickinson and S. Jean Dickinson<br>7051 South Lakota Ridge Lane<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Bradley J. Eiken and Glen A. Gromer<br>1503 Grayson Drive<br>Columbia, MO 65202 | B | 2,000 | 0.02% |
| Gerald B. Ernst and Ann E. Ernst<br>11204 North Pheasant Plaza<br>Fountain Hills, AZ 85268 | B | 2,000 | 0.02% |
| KLA, Ltd.<br>c/o Mr. Todd Etter<br>5740 Prospect Avenue, #2000<br>Dallas, TX 75206 | B | 2,000 | 0.02% |

| | | | |
|---|---|---|---|
| Brian K. Forrest<br>5704 Bridlewood Court<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Merikay Green and Jack Green<br>1620 Oak Lawn<br>Dallas, TX 75207 | B | 2,000 | 0.02% |
| Hollis M. Greenlaw and Angela Greenlaw<br>204 Glade Road<br>Colleyville, TX 76034 | B | 2,000 | 0.02% |
| Susan Griffith<br>38 Stonegate Estates Drive<br>Hawk Point, MO 63349-2490 | B | 2,000 | 0.02% |
| Donna D. Hafer<br>1 Belle Plaine<br>Saint Charles, MO 63301 | B | 2,000 | 0.02% |
| Timothy A. Haller and Kerry L. Haller<br>1900 Mary Ellen Drive<br>Columbia, MO 65202 | B | 2,000 | 0.02% |
| Paul T. Haller<br>317 Hillview<br>Jefferson City, MO 65101 | B | 2,000 | 0.02% |
| Judith A. Hancock<br>216 Burke Place<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Clarence W. Hawk and Carole F. Hawk<br>6510 Shady Slope Circle<br>Osage Beach, MO 65065 | B | 2,000 | 0.02% |
| Charlene M. Heller and James P. Heller<br>2709 Pebble Creek Court<br>Columbia, MO 65201 | B | 2,000 | 0.02% |
| Keith B. Hendrix and Ana Mariea Hendrix<br>2018 Heartland Ridge<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Jay P. Higgins and Carla J. Higgins<br>806 Harvest<br>Jefferson City, MO 65101 | B | 2,000 | 0.02% |
| Kenneth J. Holtmeyer and Elizabeth Holtmeyer<br>210 Hickory Dale Drive<br>Saint Charles, MO 63301 | B | 2,000 | 0.02% |
| Elizabeth Holtmeyer and Kenneth J. Holtmeyer<br>210 Hickory Dale Drive<br>Saint Charles, MO 63301 | B | 2,000 | 0.02% |
| Jacob C. Kentner, Jr. and Lana J. Kentner<br>1152 Osage Beach Road<br>Osage Beach, MO 65065 | B | 2,000 | 0.02% |
| John S. Kirby and Elizabeth J. Kirby<br>1309 Glasgow<br>Columbia, MO 65203 | B | 2,000 | 0.02% |

| | | | |
|---|---|---|---|
| Barry D. Koenemann and Deborah A. Koenemann<br>102 Ladue Pine Woods Place<br>Saint Louis, MO 63141 | B | 2,000 | 0.02% |
| Thomas G. Kolb and Brenda M. Kolb<br>509 Turnberry<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Stephen R. Krause<br>516 Oak Creek Meadows<br>Chesterfield, MO 63017 | B | 2,000 | 0.02% |
| Brian J. Kroll and Kerry A. Kroll<br>8220 Deer Haven Road<br>Jefferson City, MO 65101 | A | 2,000 | 0.02% |
| Timothy A. Larson and Sandra J. Larson<br>1713 Ashbury Court<br>Bedford, TX 76021 | B | 2,000 | 0.02% |
| Jonathan E. Lauer and Laura N. Lauer<br>3817 Indian Ridge Lane<br>Defiance, MO 63341 | B | 2,000 | 0.02% |
| Dewey B. Leggett<br>229 Rock Ridge Circle<br>Allen, TX 75002 | B | 2,000 | 0.02% |
| Boyd H. Leonhardt and Betty J. Leonhardt<br>7101 College Blvd., Suite #1010<br>Overland Park, KS 66210 | B | 2,000 | 0.02% |
| David Loethen and Nancy Loethen<br>P.O. Box 205<br>Meta, MO 65058 | B | 2,000 | 0.02% |
| Mark A. Ludwig and Vicky L. Ludwig<br>7750 E. Northshore<br>Hartsburg, MO 65039 | B | 2,000 | 0.02% |
| Gay Martin and Evelyn N. Martin<br>1026 Holly Drive<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Harlene McPheeters<br>629 Norris Drive<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Harold E. Neumann<br>7459 Stratford Avenue<br>Saint Louis, MO 63130 | A | 2,000 | 0.02% |
| Robert Niedergerke and Mary A. Niedergerke<br>739 Hidden Lake Drive<br>Saint Peters, MO 63376 | A | 2,000 | 0.02% |
| William J. Niedergerke and Mary A. Niedergerke<br>109 North Keene Street, Apartment 206<br>Columbia, MO 65201 | B | 2,000 | 0.02% |
| Holly A. Oberkrom RLT UAD  10-5-2000<br>726 Turnberry Drive<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Jamie Reed<br>4704 Maple Leaf Drive<br>Columbia, MO 65201-7190 | B | 2,000 | 0.02% |

| | | | |
|---|---|---|---|
| Edward D. Robertson Jr. and Renee A. Robertson<br>2628 Huntleigh Place<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Allan W. Rodgers<br>2108 Bluff Pointe Drive<br>Columbia, MO 65201 | B | 2,000 | 0.02% |
| Neil L. Scully<br>2032 Stadium View Court<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Gregory J. Smith and Debra M. Smith<br>22 Eagle Cove Lane<br>Saint Charles, MO 63303 | B | 2,000 | 0.02% |
| Jeanette G. Smith<br>4111 Behnke Court<br>Saint Louis, MO 63129 | B | 2,000 | 0.02% |
| Bartley Milam Stevenson<br>19001 Old Highway 63 North<br>Sturgeon, MO 65284 | B | 2,000 | 0.02% |
| Rebecca Stevenson<br>3009 Meghann Drive<br>Columbia, MO 65203 | B | 2,000 | 0.02% |
| Sarah J. Stieferman<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | A | 2,000 | 0.02% |
| Roger M. Stokes and Donna R. STokes<br>517 Crest Drive<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Timothy A. Taylor and Tatia L. Taylor<br>902 Westwood Drive<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Larry R. Walker and Jerry L. Walker<br>2341 Hatting Place<br>Jefferson City, MO 65109 | B | 2,000 | 0.02% |
| Richard C. Ware and Betty E. Ware<br>39 Green Pine Circle<br>Saint Peters, MO 63376 | B | 2,000 | 0.02% |
| Donald G. Weber and Rebecca L. Weber<br>1953 State Route D<br>Lohman, MO 65053 | B | 2,000 | 0.02% |
| Jackie E. Weimer<br>1514 East Bradford Parkway<br>Springfield, MO 65804 | B | 2,000 | 0.02% |
| Barbara A. Weiss and Edward S. Weiss<br>12 Country Life Acres<br>Saint Louis, MO 63131 | B | 2,000 | 0.02% |
| Bruce W. Wiley C/F Dean C. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 2,000 | 0.02% |
| Bruce W. Wiley C/F Tess C. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 2,000 | 0.02% |

| | | | |
|---|---|---|---|
| Bruce W. Wiley C/F Victoria G. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 2,000 | 0.02% |
| Mary D. Winter and Michael G. Winter<br>5733 Foxfire Lane<br>Lohman, MO 65053 | B | 2,000 | 0.02% |
| Lisa Wolfram and Michael Wolfram<br>c/o RS Covenant<br>215 East Elm<br>O'Fallon, MO 63366 | B | 2,000 | 0.02% |
| Kevin A. Wood and Alexis M. Lyner-Wood<br>9 Putting Green Drive<br>O'Fallon, MO 63368 | B | 2,000 | 0.02% |
| Shelly M. Schwartz<br>403 Pheasant Run Road<br>Jefferson City, MO 65109 | A | 1,980 | 0.02% |
| Peter Cohen, Jr. Trust Agreement 5-8-93<br>11682 Holly Springs Drive<br>Saint Louis, MO 63146 | B | 1,900 | 0.01% |
| Cynthia K. Larrick and David L. Larrick<br>422 Crest Drive<br>Jefferson City, MO 65109 | A | 1,800 | 0.01% |
| Harlan, Harlan & Still<br>c/o Mr. Russell Still & Mr. Tim Harlan<br>P.O. Box 933<br>Columbia, MO 65205 | A | 1,625 | 0.01% |
| Sharon K. Smith and Steven A. Smith<br>1603 Canton Drive<br>Columbia, MO 65203 | A | 1,500 | 0.01% |
| Sarah J. Stieferman and Jeffrey B. Stieferman<br>2913 Brush Creek Court<br>Jefferson City, MO 65109 | A | 1,500 | 0.01% |
| Cynthia T. Knebel<br>340 Illinois Route 143<br>Pocahontas, IL 62275 | C | 1,430 | 0.01% |
| Mary R. Bloebaum<br>3105 Citadel Court<br>Jefferson City, MO 65109 | A | 1,280 | 0.01% |
| Vickie L. Burks<br>200 Wallaby Way<br>Columbia, MO 65202 | A | 1,200 | 0.01% |
| Paul D. Cordia and Rita A. Cordia<br>2409 South Country Club Drive<br>Jefferson City, MO 65109 | A | 1,200 | 0.01% |
| Edward J. Flores<br>84 Nicole<br>Lake Saint Louis, MO 63367 | C | 1,100 | 0.01% |
| Girard S. Moline and Rima Moline<br>329 Nishodse Bluff<br>Jefferson City, MO 65101 | A | 1,080 | 0.01% |

| | | | |
|---|---|---|---|
| Julie Backes<br>1415 North Wind Lane<br>Centertown, MO 65023 | A | 1,000 | 0.01% |
| Jeffrey C. Fetterhoff<br>521 Keswick Drive<br>Lake Saint Louis, MO 63367 | C | 1,000 | 0.01% |
| Suzette Howell amd Curtis Howell<br>2341 Camzie Drive<br>Jefferson City, MO 65101 | A | 1,000 | 0.01% |
| David Putnam and Tina Putnam<br>1522 Whitburn Drive<br>Columbia, MO 65203 | B | 1,000 | 0.01% |
| Gregory A. Smith<br>1440 Cedar Bluff Drive<br>Ballwin, MO 63021 | C | 1,000 | 0.01% |
| Mr. Michael C. Story<br>642 Shady Meadows Drive<br>Ballwin, MO 63011 | B | 1,000 | 0.01% |
| Elizabeth Jane Hedglin<br>3703 Buckingham Park<br>Jefferson City, MO 65109 | A | 800 | 0.01% |
| Betty S. Humphreys<br>4525 Route C<br>Jefferson City, MO 65109 | A | 800 | 0.01% |
| Diocese of Jefferson City Jubilee Fund<br>c/o Deacon Joseph Braddock<br>P.O. Box 104900<br>Jefferson City, MO 65110 | A | 750 | 0.01% |
| Joseph M. Armour and Amy N. Armour<br>234 Wellsmont Court<br>Saint Charles, MO 63304 | C | 700 | 0.01% |
| John B. Lee<br>1032 Anson Drive<br>Keller, TX 76248 | C | 700 | 0.01% |
| Mark H. Markus and Kelly A. Markus<br>5704 Westchester Meadow Drive<br>Weldon Spring, MO 63304 | C | 700 | 0.01% |
| Linda A. Allen and Lonny D. Allen<br>1229 Cayman Drive<br>Osage Beach, MO 65065 | B | 600 | Less than 0.01% |
| Cynthia K. Voss and Gregory E. Voss<br>3611 Lake Crossing Road<br>Jefferson City, MO 65101 | B | 600 | Less than 0.01% |
| Matthew Evans Wine and Susan Papreck<br>Wine<br>17742 Bulla Road<br>South Bend, IN 46635 | A | 600 | Less than 0.01% |
| Daniel R. Simpson and Nikki L. Menner<br>79 Homefield Hills Court<br>O'Fallon, MO 63366 | B | 560 | Less than 0.01% |

| | | | |
|---|---|---|---|
| Paul Van Stone and Jessica R. Moffat<br>1297 Bluffview Ridge Road<br>Chesterfield, MO 63005 | B | 560 | Less than 0.01% |
| Darrell R. Mantle and Emily J. Mantle<br>5828 Steeplegate Court<br>Jefferson City, MO 65101 | A | 520 | Less than 0.01% |
| Rodger A. Howell<br>1318 Weaver Drive<br>Columbia, MO 65203 | C | 500 | Less than 0.01% |
| Christy L. Pickell and Chris H. Pickell<br>17924 Scenic Drive<br>Boonville, MO 65233 | A | 500 | Less than 0.01% |
| Deborah Wheeler<br>3 Kimber Court<br>Troy, MO 63379 | B | 500 | Less than 0.01% |
| Sharon K. Wiggins and Larry D. Schaefer<br>202 Schaefer Trail County Road 612<br>Freeburg, MO 65035 | A | 500 | Less than 0.01% |
| Timothy J. Backes and Julie Backes<br>1415 North Wind Lane<br>Centertown, MO 65023 | A | 400 | Less than 0.01% |
| Larry Lehman and Jana Lehman<br>732 Deer Creek Road<br>Jefferson City, MO 65109 | A | 400 | Less than 0.01% |
| David A. Martin and Beverly A. Martin<br>10 Hope Court<br>Saint Peters, MO 63376 | B | 400 | Less than 0.01% |
| Peggy Osborn<br>2708 Renns Lake Road<br>Jefferson City, MO 65109 | A | 400 | Less than 0.01% |
| Christina M. Sherman<br>669 Wilson Road<br>Silex, MO 63377 | A | 400 | Less than 0.01% |
| Carol Amy Gamm Smith<br>12078 County Road 4037<br>Holts Summit, MO 65043 | A | 400 | Less than 0.01% |
| Matthew Evans Wine<br>17742 Bulla Road<br>South Bend, IN 46635 | A | 400 | Less than 0.01% |
| Michael J. Hoelscher and Sherry Hoelscher<br>515 William Waye<br>Jefferson City, MO 65109 | B | 390 | Less than 0.01% |
| Catherine E. Boehm and James W. Boehm<br>10 Woodsview Drive<br>Freeburg, IL 62243 | B | 300 | Less than 0.01% |
| Tracy M. Deeken and Joseph E. Deeken<br>715 Autumn Glen Lane<br>Wentzville, MO 63385 | B | 300 | Less than 0.01% |
| Lauren Janus<br>451 Fortress Court<br>Saint Charles, MO 63303 | B | 300 | Less than 0.01% |

| | | | |
|---|---|---|---|
| Deborah K. Neuner<br>4912 Kay Avenue<br>Jefferson City, MO 65109 | B | 300 | Less than 0.01% |
| Janice J. Schmitz and Dale L. Schmitz<br>1026 County Road 412<br>Bonnots Mill, MO 65016 | B | 300 | Less than 0.01% |
| Sheila A. Adrian<br>744 Old Ten Mile Road<br>Eugene, MO 65032 | C | 250 | Less than 0.01% |
| Charles M. Smethers and Sherry E. Smethers<br>1598 Cobblestone Drive<br>Sedalia, MO 65301 | C | 250 | Less than 0.01% |
| Kirsten E. Cole<br>716 Sunset Hills Drive<br>O'Fallon, MO 63366 | C | 200 | Less than 0.01% |
| Kelly Hawkins<br>624 Dougherty Oaks Court<br>Manchester, MO 63021 | B | 200 | Less than 0.01% |
| Bevery J. Orr<br>5422 Scherr Drive<br>Jefferson City, MO 65109 | B | 200 | Less than 0.01% |
| Janet E. Sears and Roger W. Sears<br>939 Eagle Point Drive<br>Ashland, MO 65010 | B | 200 | Less than 0.01% |
| Kathleen A. Stuckenschneider and Bruce A. Stuckenschneider<br>286 Highway T<br>Freeburg, MO 65035 | B | 200 | Less than 0.01% |
| Kelly R. Tiffany<br>1210 West Edgewood Drive<br>Jefferson City, MO 65109 | B | 200 | Less than 0.01% |
| Donna M. Tucker and Preston D. Tucker<br>2051 County Road 374<br>Holts Summit, MO 65043 | C | 200 | Less than 0.01% |
| Paul Van Stone<br>1297 Bluffview Ridge Road<br>Chesterfield, MO 63005 | B | 200 | Less than 0.01% |
| Justin Wagner and Bridget Wagner<br>907 Martin Waye<br>Jefferson City, MO 65109 | B | 200 | Less than 0.01% |
| Edward Watts<br>9533 North Adrian Place<br>Kansas City, MO 64154 | C | 200 | Less than 0.01% |
| Lynne Brandt and Brian G. Brandt<br>205 Mossy Oak Lane<br>Koeltztown, MO 65048 | C | 140 | Less than 0.01% |
| Vicki Szarwinski<br>225 Jacobs Way<br>Saint Peters, MO 63376 | C | 140 | Less than 0.01% |
| Sharon K. Wiggins and Ronald Schaefer<br>202 Schaefer Trail County Road 612<br>Freeburg, MO 65035 | A | 140 | Less than 0.01% |

| | | | |
|---|---|---|---|
| Constance Childers<br>203 Wellsmont Court<br>Saint Charles, MO 63304 | C | 100 | Less than 0.01% |
| Sue Ilene Chipley<br>26 Wood River Road<br>Lake Ozark, MO 65049 | C | 100 | Less than 0.01% |
| Brad Eimer and Kelli Eimer<br>5460 Oak Thorn Drive<br>Freeburg, IL 62243 | C | 100 | Less than 0.01% |
| Gale M. Fehl and Dennis R. Fehl<br>714 South Fifth Street<br>Saint Charles, MO 63301 | C | 100 | Less than 0.01% |
| Jeanneatte M. Gluntz and Douglas J. Gluntz<br>7531 Cinnamon Teal Drive<br>O'Fallon, MO 63368 | C | 100 | Less than 0.01% |
| Elizabeth Jane Hedglin and Max R. Hedglin<br>3703 Buckingham Park<br>Jefferson City, MO 65109 | A | 100 | Less than 0.01% |
| Terra Herndon<br>6121 Miranda Drive<br>Fort Worth, TX 76131 | C | 100 | Less than 0.01% |
| Celia D. Jeffries and Richard L. Jefferies<br>30 Riverside Parkway<br>Sharpsburg, GA 30277-3329 | C | 100 | Less than 0.01% |
| Donna M. Jurkowski<br>1 Bald Hill Court<br>Saint Charles, MO 63304 | C | 100 | Less than 0.01% |
| Michael J. Moran<br>613 Eastlake Drive<br>Columbia, MO 65203 | C | 100 | Less than 0.01% |
| Jo Lynn Moreland<br>33847 Highway 28 E<br>Belle, MO 65013 | A | 100 | Less than 0.01% |
| Jeremy Myers<br>3704 Lupine Drive<br>Columbia, MO 65201 | C | 100 | Less than 0.01% |
| Doris G. Quillo<br>1335 Kyle Drive<br>Saint Charles, MO 63304 | C | 100 | Less than 0.01% |
| Gary A. Rackers<br>4632 Shepherd Hills Road<br>Jefferson City, MO 65101 | B | 100 | Less than 0.01% |
| Nancy K. Scroggins and James R. Scroggins<br>2614 Briarwood Drive<br>Jefferson City, MO 65109 | C | 100 | Less than 0.01% |
| Krissinda D. Sims<br>3921 Block Drive #2215<br>Irving, TX 75038 | C | 100 | Less than 0.01% |
| James Michael Huber<br>1300 Edgewood Drive<br>Jefferson City, MO 65109 | A | 80 | Less than 0.01% |

| | | | |
|---|---|---|---|
| Donald E. Krattli<br>3109 Citadel Court<br>Jefferson City, MO 65109 | A | 80 | Less than 0.01% |
| Bruce W. Wiley<br>3718 Taylors Ridge Court<br>Jefferson City, MO 65109 | A | 2 | Less than 0.01% |
| Citigroup Global Markets<br>ATTN: Alan C. Henry<br>200 Crescent Court<br>Suite 900<br>Dallas, TX 75201 | A<br>B<br>C | 0<br>6,000<br>0 | Less than 0.01%<br>0.05%<br>Less than 0.01% |
| Community National Bank<br>P.O. Box 210<br>Seneca, KS 66538 | A<br>B<br>C | 0<br>2,400<br>0 | Less than 0.01%<br>0.02%<br>Less than 0.01% |
| First Clearing LLC<br>ATTN: First Clearing<br>10700 Wheat First Drive<br>Glen Allen, VA 23060 | A<br>B<br>C | 0<br>0<br>570 | Less than 0.01%<br>Less than 0.01%<br>Less than 0.01% |
| Harrington Wealth Management<br>ATTN:  David R. Goodman, SVP<br>6300 Nall<br>Mission, KS 66202 | A<br>B<br>C | 0<br>3,500<br>0 | Less than 0.01%<br>0.03%<br>Less than 0.01% |
| Pension Financial Services Inc.<br>1700 Pacific Avenue<br>Suite 1700<br>Dallas, TX 75201 | A<br>B<br>C | 0<br>2,000<br>0 | Less than 0.01%<br>0.02%<br>Less than 0.01% |
| PTC<br>ATTN: Linsco/Private Ledger<br>9785 Towne Centre Drive<br>San Diego, CA 92121 | A<br>B<br>C | 0<br>2,150<br>0 | Less than 0.01%<br>0.02%<br>Less than 0.01% |
| Raymond James & Associates, Inc.<br>ATTN:  Retirement Plan Services<br>P.O. Box 12749<br>St. Petersburg, FL 33733-2749 | A<br>B<br>C | 0<br>0<br>750 | Less than 0.01%<br>Less than 0.01%<br>0.01% |
| RBC Capital Markets Corp<br>165 Broadway<br>New York, NY 10006-1404 | A<br>B<br>C | 0<br>0<br>250 | Less than 0.01%<br>Less than 0.01%<br>Less than 0.01% |
| Stifel, Nicolaus<br>ATTN: Security Transfer Department<br>501 North Broadway<br>St. Louis, MO 63102 | A<br>B<br>C | 0<br>3,000<br>0 | Less than 0.01%<br>0.02%<br>Less than 0.01% |
| TD Ameritrade Clearing<br>ATTN: Limited Partnership Department<br>P.O. Box 45<br>New York, NY 10274-0045 | A<br>B<br>C | 0<br>10,800<br>0 | Less than 0.01%<br>0.08%<br>Less than 0.01% |
| Russell Batten and James R. Batten<br>4207 South Cheyenne<br>Rogersville, MO 65742 | - | - | Less than 0.01% |
| L. Ann Stacy and Margaret Fuller<br>21522 Old Hanover Drive<br>Spring, TX 77638 | - | - | Less than 0.01% |
| Bradley J. Eiken and Glen A. Gromer<br>5555 Howard Orchard Road<br>Columbia, MO 65203 | - | - | Less than 0.01% |

| | | | |
|---|---|---|---|
| Sharon K. Wiggins and Ronald Schaefer<br>8121 Stoney Gap Road<br>Jefferson City, MO 65101 | - | - | Less than 0.01% |
| Alfred H. Schmitz and Irma L. Schmitz Trust<br>1004 Eastland Drive<br>Jefferson City, MO 65109 | - | - | Less than 0.01% |
| Michael Schweiss<br>2711 Mohawk Drive<br>Jefferson City, MO 65109 | - | - | Less than 0.01% |

In re:  Premier Bancshares, Inc.                                        Case No. _____
                    Debtor(s)                                                                    (if known)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.


Date January 15, 2014                                        Signature  /s/ Bruce W. Wiley
                                                                                          Bruce W. Wiley, President


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re    PREMIER BANCSHARES, INC.,    )
                                       )          Case No_____
                                       )          Chapter <u>11</u>_____
              Debtor.                  )

**Verification of Creditor Matrix**

      The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of <u>  52 </u> page(s) and is true, correct and complete.

<u>/s/  Bruce W. Wiley</u>_____
Bruce W. Wiley, President

Dated: <u>January 15, 2014</u>_____

**(L.F. 2 Rev. 05/03)**

```
Federal Deposit Insurance Corporation
1100 Walnut Street
Suite 2100
Kansas City, MO 64106

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105-0475

Wilmington Trust Co Corp Capital Mrkt
Mail Drop: WTP/1/1615
Rodney Square North
1100 North Market St.
Wilmington, DE 19890

KeyBank
Attn: Leslie A. Jones
66 South Pearl St.
Albany, NY 12207

Bank of New York Mellon
Attn: Nancy R. Johnson
525 William Penn Pl.
Pittsburgh, PA 15259

U.S. Bank Global Corp Trust Services
Attn: Taylor Potts
Mail Code: MK-IL-SLTG I
191 South LaSalle St.
Chicago, IL 60603

Wilmington Trust Co Global Capital Mrkt
Attn: Michael H. Wass
Rodney Square North
1100 North Market St.
Wilmington, DE 19890

RPM Investment Company
1015 Madison Street
Suite 1
Jefferson City, MO 65101

Polsinelli PC
ATTN: Larry Harris
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102
```

Bragar Eagel & Squire PC
886 Third Avenue
Suite 3041
New York, NY 10022

Rouse Hendricks German May PC
1201 Walnut
20th Floor
Kansas City, MO 64106

Harold Remley
1423 Dixon Drive
Jefferson City, MO 65101

BKD, LLP
211 North Broadway
St. Louis, MO 63102

Financial Restructuring Partners LTD
c/o Law Offices of Lauren B. Lepore
100 Mamaroneck Ave.
Suite 307
Mamaroneck, NY 10543

Holdco Advisors, L.P.
c/o Brown Legal Advisors, LLC
3E
1253 W. Foster Ave.
Chicago, IL 60640

CenturyLink
2111 Missouri Blvd.
Jefferson City, MO 65109

Rodney K. Adkison
P.O. Box 105732
Jefferson City, MO 65110

Dianna M. Adkison
P.O. Box 105732
Jefferson City, MO 65110

Sheila A. Adrian
744 Old Ten Mile Road
Eugene, MO 65032

Douglas C. Albers
14044 Aberdeen
Leawood, KS 66224

Mary G. Albers
14044 Aberdeen
Leawood, KS 66224

Steven P. Albert
419 Virginia Trail
Jefferson City, MO 65109

Linda A. Allen
1229 Cayman Drive
Osage Beach, MO 65065

Lonny D. Allen
1229 Cayman Drive
Osage Beach, MO 65065

Randall G. Allen
1805 Green Berry Road
Jefferson City, MO 65101

Desmond Van Allen
6401 Sabine Drive
Columbia, MO 65203

Julie R. Allen
6401 Sabine Drive
Columbia, MO 65203

Michael W. Anderson
P.O. Box 105647
Jefferson City, MO 65110-5647

Russ Anderson
706 Corpse Court
Columbia, MO 65201

Andrea Anderson
706 Corpse Court
Columbia, MO 65201

Joseph M. Armour
234 Wellsmont Court
Saint Charles, MO 63304

Amy N. Armour
234 Wellsmont Court
Saint Charles, MO 63304

Adam Aronson
c/o Carl Enloe
Monetary Management Group, Inc
13537 Barrett Parkway, Suite 325
Saint Louis, MO 63021

Michael B. Atkin
c/o First Bankers' Banc Securities, Inc.
1714 Deer Tracks Trail, Suite 110
Saint Louis, MO 63124

David F. Atkins
1702 South Fairview Road
Columbia, MO 65203

Lori F. Atkins
1702 South Fairview Road
Columbia, MO 65203

Mark C. Atkins
1050 Veazey Road
Cottage Grove, TN 38224

Christie D. Atkins
1050 Veazey Road
Cottage Grove, TN 38224

TSA Investments, LLC
c/o Mr. Scott Atkins
1123 Wilkes Boulevard
Columbia, MO 65201

Atlantis Development, Ltd.
c/o Mr. Allen Jones
5880 Shady Oaks Drive
Frisco, TX 75034

Donald J. Babb
P.O. Box 12
Bolivar, MO 65613

Timothy J. Backes
1415 North Wind Lane
Centertown, MO 65023

Julie Backes
1415 North Wind Lane
Centertown, MO 65023

Christopher J. Badger
1904 Casa Loma Court
Grapevine, TX 76051

Lucyna A. Badger
1904 Casa Loma Court
Grapevine, TX 76051

Jonathan Badger
3426 Cline Street
Houston, TX 77020

William K. Baker
5703 Bridlewood Court
Columbia, MO 65203

Baker Family Co.
c/o Mr. Wayne Baker
2299 South Spoede Lane
Warrenton, MO 63383

Fast Lane Group, Inc.
c/o Mr. Wayne Baker
2299 South Spoede Lane
Warrenton, MO 63383

Karen E. Balcer
5413 Buffalo Road
Jefferson City, MO 65109

Barat Academy
c/o Ms. Debra L. Watson
1 Academy Place
Dardenne Prairie, MO 63368

Harold J. Bartch
110 Bogey Estates Drive
Saint Charles, MO 63303

Julie A. Bartch
110 Bogey Estates Drive
Saint Charles, MO 63303

Gregory L. Bartels
1600 Castle Rock Court
Columbia, MO 65203

James Bartimus
11541 Cherokee Court
Leawood, KS 66211

Peter Bartok
321 West Burnam Road
Columbia, MO 65203

Colleen Bartok
321 West Burnam Road
Columbia, MO 65203

Russell Batten
4346 South 168th Road
Bolivar, MO 65613

James R. Batten
4346 South 168th Road
Bolivar, MO 65613

Russell Batten
4207 South Cheyenne
Rogersville, MO 65742

James R. Batten
4207 South Cheyenne
Rogersville, MO 65742

Debra S. Bax Trust UTA DTD 1-11-2002
1031 Peruque Crossing Court
O'Fallon, MO 63366

David Bear
806A Bourn Avenue
Columbia, MO 65203

Grover D. Beatty
806 Sherwood Drive
Jefferson City, MO 65109

Cheryl C. Beatty
806 Sherwood Drive
Jefferson City, MO 65109

Mary Sue Beck
1417 Torrey Pines Drive
Columbia, MO 65203

Wallace James Beck, Jr.
1417 Torrey Pines Drive
Columbia, MO 65203

Carroll Wayne Bedwell
P.O. Box 537
Sunray, TX 79086

Mollie Sue Bedwell
P.O. Box 537
Sunray, TX 79086

Bruce W. Berg
6447 Aberdeen Avenue
Dallas, TX 75230-5105

Barbara S. Berg
6447 Aberdeen Avenue
Dallas, TX 75230-5105

Walter Berhorst
209 West Main
Westphalia, MO 65085

Joan Berhorst
209 West Main
Westphalia, MO 65085

John R. Beverstein
3904 Watts Court
Columbia, MO 65203

Danny W. Bishop
514 Bellah Drive
Irving, TX 75062

Carol A. Blanton
Blanton Construction
550 Turner Boulevard
Saint Peters, MO 63376

Ben F. Blanton
Blanton Construction
550 Turner Boulevard
Saint Peters, MO 63376

Jeffrey M. Blanton
940 Stone Castel Drive
Saint Paul, MO 63366

Jeffrey H. Blaylock
1109 Sunset Drive
Columbia, MO 65203

Kimberly A. Blaylock
1109 Sunset Drive
Columbia, MO 65203

Larry R. Bloebaum
3105 Citadel Court
Jefferson City, MO 65109

Mary R. Bloebaum
3105 Citadel Court
Jefferson City, MO 65109

H. Riley Bock
901 Davis Street
New Madrid, MO 63869

Jill A. Bock
901 Davis Street
New Madrid, MO 63869

Lori Bodenschatz
237 Madeline's Park Circle
Jefferson City, MO 65109

Roger Bodenschatz
237 Madeline's Park Circle
Jefferson City, MO 65109

Catherine E. Boehm
10 Woodsview Drive
Freeburg, IL 62243

James W. Boehm
10 Woodsview Drive
Freeburg, IL 62243

Randolph E. Boettler
1848 Spring Mill Creek #3633L
Saint Charles, MO 63303-1332

Terry Boling
364 Galahad Drive
Saint Charles, MO 63304

Bolivar Bancshares, Inc.
c/o Mr. Brad Gregory
P.O. Box 560
Bolivar, MO 65613-0560

Westmount Yucaipa, L.P.
c/o Mr. Clifford A. Booth
1401 Elm Street, Suite 4400
Dallas, TX 75202

Noel Boyd
1514 East Bradford Parkway
Springfield, MO 65804

Mary Ellen Bradley
1307 Sedona Villas Drive
Columbia, MO 65203

DiAnne M. Brandhorst
1035 Satinwood Court
Jefferson City, MO 65109-1809

Larry D. Brandhorst
1035 Satinwood Court
Jefferson City, MO 65109-1809

Lynne Brandt
205 Mossy Oak Lane
Koeltztown, MO 65048

Brian G. Brandt
205 Mossy Oak Lane
Koeltztown, MO 65048

Lou Brock Products, Inc.
c/o Mr. Lou Brock
61 Barkley Place
Saint Charles, MO 63301

Nancy K. Brown
4 Log Cabin Lane
Lake Saint Louis, MO 63367-2003

William W. Brown
4 Log Cabin Lane
Lake Saint Louis, MO 63367-2003

Jonathan C. Browning
5501 Bull Rock Road
Jefferson City, MO 65109

Maura E. Browning
5501 Bull Rock Road
Jefferson City, MO 65109

Randall C. Bryson
3176 South Winding Trail Drive
Columbia, MO 65201

Pamela S. Bryson
3176 South Winding Trail Drive
Columbia, MO 65201

Buffington Asset Group, Ltd.
c/o Mr. Patrick J. Starley
3600 N. Capital of Texas Highway
Building B, Suite 170
Austin, TX 78746

Harold W. Burkemper
#2 Rockwood Trail Court
Saint Charles, MO 63303

Vickie L. Burks
200 Wallaby Way
Columbia, MO 65202

Janet C. Buschjost
2038 Route E
Jefferson City, MO 65109

John L. Carter
12 Edge of Woods
New Albany, OH 43054

Kelly S. Carter
7672 Ogden Woods Boulevard
New Albany, OH 43054

Gary L. Casper
28 Holloway Drive
Lake Saint Louis, MO 63367

Cindy A. Casper
28 Holloway Drive
Lake Saint Louis, MO 63367

Anna L. Castrop
2127 West Edgewood Drive
Jefferson City, MO 65109

Eric and Michele Caywood Revocable Trust
2417 Bowe Lane
Jefferson City, MO 65109

Central Financial Corporation
c/o Mr. Earl D. McVicker, Chairman
P.O. Box 1366
Hutchinson, KS 67504

Howard Cerini
2012 Chickadee Road
Jefferson City, MO 65101

Helen Chen
922 Tanya Lynn Drive
Jefferson City, MO 65109

Joseph B. Chen
4629 West Fitch Avenue
Lincolnwood, IL 60712-2119

Sandy Y. Chen
4629 West Fitch Avenue
Lincolnwood, IL 60712-2119

Lucas Y.C. Chen
800 Sherwood Drive
Jefferson City, MO 65109

Grace Amelia Chen
800 Sherwood Drive
Jefferson City, MO 65109

Claire Angelica Chen
801 Sherwood Drive
Jefferson City, MO 65110

Rose Maryanna Chen
802 Sherwood Drive
Jefferson City, MO 65111

Theodore Peter Chen
803 Sherwood Drive
Jefferson City, MO 65112


Constance Childers
203 Wellsmont Court
Saint Charles, MO 63304

Sue Ilene Chipley
26 Wood River Road
Lake Ozark, MO 65049

Citizens National Bancorp, Inc.
c/o Mr. David L. McBeath
P.O. Box 3717
Springfield, MO 65808-3717

Alan D. Clark
2159 State Road MM
New Bloomfield, MO 65063

Kelly W. Clark
2159 State Road MM
New Bloomfield, MO 65063

Edward C. Clausen
3327 Pea Ridge
Centertown, MO 65023

Carson Coffman
5407 Largo Drive
Columbia, MO 65203

Jennifer Coffman
5407 Largo Drive
Columbia, MO 65203

Peter Cohen, Jr. Trust Agreement 5-8-93
11682 Holly Springs Drive
Saint Louis, MO 63146

Kirsten E. Cole
716 Sunset Hills Drive
O'Fallon, MO 63366

Melvin T. Cole
151 Barker Lane
Ballwin, MO 63021

Sidney M. Cole
2012 Post Oak Place
Westlake, TX 76262

Rebecca A. Cole
2012 Post Oak Place
Westlake, TX 76262

Craig W. Conway
2310 Picardy Place Drive
Chesterfield, MO 63017

Martha E. Conway
120 Sweetbriar Lane
St. Louis, MO 63122

Paul D. Cordia
2409 South Country Club Drive
Jefferson City, MO 65109

Rita A. Cordia
2409 South Country Club Drive
Jefferson City, MO 65109

Kendall G. Cotten
4309 Park Lane
Dallas, TX 75220

Christian Cotten
4309 Park Lane
Dallas, TX 75220

```
Oksana Kirina
3103 Crabapple Lane
Columbia, MO 65203

Christopher Cottone
3103 Crabapple Lane
Columbia, MO 65203

Cloyd E. Cox
8752 Opal Drive
Tallahassee, FL 32309

Roderick M. Cox
325 Center Drive
Montgomery, AL 36113

Jonathan Craighead
3610 Gettysburg Place
Jefferson City, MO 65109

Margaret Craighead
3610 Gettysburg Place
Jefferson City, MO 65109

Michael L. Craighead
1100 Highland Ridge
Jefferson City, MO 65109

Carol B. Craighead
1100 Highland Ridge
Jefferson City, MO 65109

Don Crawford
P.O. Box 90
Marshfield, MO 65706

Connie Crawford
P.O. Box 90
Marshfield, MO 65706

Assemblies of God Foundation
1661 North Boonville, Suite D
Springfield, MO 65803

DCBC, LLC
P.O. Box 782
Bolivar, MO 65613

Rick Cronin
c/o Titan Homes, Inc.
7417 Mexico Road, Suite 102
Saint Peters, MO 63376

Keri Cronin
c/o Titan Homes, Inc.
7417 Mexico Road, Suite 102
Saint Peters, MO 63376
```

```
Kelly Hawkins
624 Dougherty Oaks Court
Manchester, MO 63021

IRA Rollover FBO Deborah Daniels
2101 West Broadway PMB 308
Columbia, MO 65203

Cody D. Davidson
750 Bagnell Dam Boulevard, Suite 13
Lake Ozark, MO 65049

Tracy M. Deeken
715 Autumn Glen Lane
Wentzville, MO 63385

Joseph Edward Deeken
715 Autumn Glen Lane
Wentzville, MO 63385

Michael J. Delaney
2609 Huntleigh Place
Jefferson City, MO 65109

Judith A. Delany
2609 Huntleigh Place
Jefferson City, MO 65109

Billy Delp III
4304 Hidden Valley Court
Colleyville, TX 76034

Michael J. DeMauro Jr.
2077 Waters Edge Court
Lake Saint Louis, MO 63367

Stanley N. Diaz
503 East Nifong Boulevard # 344
Columbia, MO 65201

Elena L. Diaz
503 East Nifong Boulevard # 344
Columbia, MO 65201
William H. Dickinson
7051 South Lakota Ridge Lane
Columbia, MO 65203

S. Jean Dickinson
7051 South Lakota Ridge Lane
Columbia, MO 65203

H. D. Dierker
2208 Bluff Pointe Drive
Columbia, MO 65201
```

Janet R. Dierker
2208 Bluff Pointe Drive
Columbia, MO 65201

Jana Chapin Dierker
311 Rockingham Drive
Columbia, MO 65203

Philip Dierker
311 Rockingham Drive
Columbia, MO 65203

Diocese of Jefferson City Jubilee Fund
c/o Deacon Joseph Braddock
P.O. Box 104900
Jefferson City, MO 65110

Joseph E. Dittmeier
61 Sandwedge Drive
Saint Charles, MO 63303

Janis M. Dittmeier
61 Sandwedge Drive
Saint Charles, MO 63303

Mark E. Douglas
4856 Classic Turn
Mason, OH 45040

Christine A. Dougless
4856 Classic Turn
Mason, OH 45040

Kenny Dryden
4311 Bunny Run
Austin, TX 78746

Bradley J. Eiken
1503 Grayson Drive
Columbia, MO 65202

Glen A. Gromer
1503 Grayson Drive
Columbia, MO 65202

Brad Eimer
5460 Oak Thorn Drive
Freeburg, IL 62243

Kelli Eimer
5460 Oak Thorn Drive
Freeburg, IL 62243

Lee Eitel
809 Primrose
Jefferson City, MO 65109

Tamara R. Eitel
809 Primrose
Jefferson City, MO 65109

Kimberly Ellsmore
2612 Twin Hills Road
Jefferson City, MO 65109

Brad Epple
5401 Foxfire Lane
Lohman, MO 65053

Sharon K. Epple
5401 Foxfire Lane
Lohman, MO 65053

Gerald B. Ernst
11204 North Pheasant Plaza
Fountain Hills, AZ 85268

Ann E. Ernst
11204 North Pheasant Plaza
Fountain Hills, AZ 85268

KLA, Ltd.
c/o Mr. Todd Etter
5740 Prospect Avenue, #2000
Dallas, TX 75206

John J. Falzone
3111 Citadel Court
Jefferson City, MO 65109

Sue A. Falzone
3111 Citadel Court
Jefferson City, MO 65109

Craig Anthony Tony Feather
2720 Tanglewood Drive
Jefferson City, MO 65109

Gale M. Fehl
714 South Fifth Street
Saint Charles, MO 63301

Dennis R. Fehl
714 South Fifth Street
Saint Charles, MO 63301

Mary E. Fendler
10819 Washington Court
Kansas City, MO 64114

Kermit J. Fendler
10819 Washington Court
Kansas City, MO 64114

Jeffrey C. Fetterhoff
521 Keswick Drive
Lake Saint Louis, MO 63367

Jim Finn
43772 Highway 52
Meta, MO 65058

Kaye E. Finn
43772 Highway 52
Meta, MO 65058

Joan Firley
3329 Country Club Drive
Jefferson City, MO 65109

First Okmulgee Corporation
c/o Mr. Nevyle R. Cable
P.O. Box 1037
Okmulgee, OK 74447

Robert D. Fischer
7431 Woodlawn Colonial Lane
Saint Louis, MO 63119-4427

Edward J. Flores
84 Nicole
Lake Saint Louis, MO 63367

James A. Ford
920 Shiloh Place
Jefferson City, MO 65109

Brian K. Forrest
5704 Bridlewood Court
Columbia, MO 65203

Sidney A. Fox
25 Castlewood Drive
Eldon, MO 65026

Carolyn B. Freidinger
2846 Valley View Terrace
Jefferson City, MO 65109-1054
Louis A. Freidinger
2846 Valley View Terrace
Jefferson City, MO 65109-1054

Friendship Bancshares, Inc.
c/o Mr. Mark Luebbert
P.O. Box 649
Linn, MO 65051

L. Ann Stacy
21522 Old Hanover Drive
Spring, TX 77638

Margaret Fuller
21522 Old Hanover Drive
Spring, TX 77638

Gaines Family Limited Partnership
55 North Pointe Circle
Lake Saint Louis, MO 63367

John B. Gammon
285 Fairway Green Drive
O'Fallon, MO 63368

Iva J. Gammon
285 Fairway Green Drive
O'Fallon, MO 63368

Cary Gampher
2202 Atelier
Jefferson City, MO 65109

Jeanneatte M. Gluntz
7531 Cinnamon Teal Drive
O'Fallon, MO 63368

Douglas J. Gluntz
7531 Cinnamon Teal Drive
O'Fallon, MO 63368

Kathy Graessle
300 Tri County Road
Meta, MO 65058

Ralph Graessle
300 Tri County Road
Meta, MO 65058

Eulala B. Grant
1486 East 508th Road
Bolivar, MO 65613

William M. Grant
1486 East 508th Road
Bolivar, MO 65613

Merikay Green
1620 Oak Lawn
Dallas, TX 75207

Jack Green
1620 Oak Lawn
Dallas, TX 75207

William J. Green
49 Forest Lake Court
Saint Charles, MO 63301

Belinda K. Green
49 Forest Lake Court
Saint Charles, MO 63301

Stephen H. Greenberg
51 Holly Berry Court
Blythewood, SC 29016

Shirley J. Greenberg
51 Holly Berry Court
Blythewood, SC 29016

Hollis M. Greenlaw
204 Glade Road
Colleyville, TX 76034

Angela M. Greenlaw
204 Glade Road
Colleyville, TX 76034

Susan Griffith
38 Stonegate Estates Drive
Hawk Point, MO 63349-2490

Bradley J. Eiken
5555 Howard Orchard Road
Columbia, MO 65203

Glen A. Gromer
5555 Howard Orchard Road
Columbia, MO 65203

Guffey-Wills LLC
c/o Mr. Kevin Guffey
P.O. Box 39
Belle, MO 65013

Gerald C. Haake
1015 West 114th Terrace
Kansas City, MO 64114

Donna D. Hafer
1 Belle Plaine
Saint Charles, MO 63301

Tim J. Hagenhoff
5117 Edinburgh Waye
Jefferson City, MO 65101

Georgia A. Hagenhoff
5117 Edinburgh Waye
Jefferson City, MO 65101

Shawn P. Hagner
7706 North Pomona Place
Kansas City, MO 64152

Kelli R. Hagner
7706 North Pomona Place
Kansas City, MO 64152

Bernard A. Hainen
P.O. Box 578
Tipton, MO 65081

Glenda L. Hainen
P.O. Box 578
Tipton, MO 65081

Richard A. Hall
12672 County Road 4025
Holts Summit, MO 65043

Timothy A. Haller
1900 Mary Ellen Drive
Columbia, MO 65202

Kerry L. Haller
1900 Mary Ellen Drive
Columbia, MO 65202

Paul T. Haller
317 Hillview
Jefferson City, MO 65101

Judith A. Hancock
216 Burke Place
Jefferson City, MO 65109

Kevin Hansen
1857 Broken Bend Drive
Westlake, TX 76262

Ashley Hansen
1857 Broken Bend Drive
Westlake, TX 76262

Pamela S. Harrell
3708 Bear Creek Bluff Court
Wentzville, MO 63385

Neal Harrell
3708 Bear Creek Bluff Court
Wentzville, MO 63385

Jerry Harris
484 Island Way
Clearwater, FL 33767

IRA Rollover FBO Winston Harrison
500 Keene Street, Suite 402
Columbia, MO 65201

The Hartnett Group Ltd.
c/o Mr. Paul Guernsey
1301 Municipal Way, Suite 250
Grapevine, TX 76051

Sandra G. Hartnett
1301 Municipal Way, Suite 250
Grapevine, TX 76051

George Hartsfield
1909 Sarah Lane
Jefferson City, MO 65101

Paula Hartsfield
1909 Sarah Lane
Jefferson City, MO 65101

James D. Haslag
1344 Highway W
Linn, MO 65051

Patricia A. Haslag
1344 Highway W
Linn, MO 65051

Clarence W. Hawk
6510 Shady Slope Circle
Osage Beach, MO 65065

Carole F. Hawk
6510 Shady Slope Circle
Osage Beach, MO 65065

Elizabeth Jane Hedglin
3703 Buckingham Park
Jefferson City, MO 65109

Max Raymond Hedglin
3703 Buckingham Park
Jefferson City, MO 65109

Charlene M. Heller
2709 Pebble Creek Court
Columbia, MO 65201

James P. Heller
2709 Pebble Creek Court
Columbia, MO 65201

Keith B. Hendrix
2018 Heartland Ridge
Jefferson City, MO 65109

Ana Mariea Hendrix
2018 Heartland Ridge
Jefferson City, MO 65109

Ralph A. Hennerich
705 Regency Cove Drive
Four Seasons, MO 65049

Diana Hennerich
705 Regency Cove Drive
Four Seasons, MO 65049

Terra Herndon
6121 Miranda Drive
Fort Worth, TX 76131

David E. Hetzler
11 Edgewood Avenue
Columbia, MO 65203

Janet S. Chance-Hetzler
11 Edgewood Avenue
Columbia, MO 65203

Jay P. Higgins
806 Harvest
Jefferson City, MO 65101

Carla J. Higgins
806 Harvest
Jefferson City, MO 65101

David E. Hockman
2413 Lacewood Drive
Columbia, MO 65201

Sherry L. Hockman
2413 Lacewood Drive
Columbia, MO 65201

Michael J. Hoelscher
515 William Waye
Jefferson City, MO 65109

Sherry M. Hoelscher
515 William Waye
Jefferson City, MO 65109

Steven E. Hohn
14430 Marty Street
Overland Park, KS 66223

Judith M. Hohn
14430 Marty Street
Overland Park, KS 66223

William J. Holtmeyer, Sr.
1512 Inverness Court
Columbia, MO 65203-4812

Kenneth J. Holtmeyer
210 Hickory Dale Drive
Saint Charles, MO 63301

Elizabeth A. Holtmeyer
210 Hickory Dale Drive
Saint Charles, MO 63301

Rodger A. Howell
1318 Weaver Drive
Columbia, MO 65203

Suzette Howell
2341 Camzie Drive
Jefferson City, MO 65101

Curtis Howell
2341 Camzie Drive
Jefferson City, MO 65101

Don Howser Jr.
5502 Thornbrook Parkway
Columbia, MO 65203

Suzanne Howser
5502 Thornbrook Parkway
Columbia, MO 65203

James Michael Huber
1300 Edgewood Drive
Jefferson City, MO 65109

Elizabeth R. Huber
1300 Edgewood Drive
Jefferson City, MO 65109

Dr. Steven J. Huber
1300 Edgewood Drive
Jefferson City, MO 65109

Betty S. Humphreys
4525 Route C
Jefferson City, MO 65109

Patricia L. Hunn
1673 Lochcrest Drive
Chesterfield, MO 63017

Glennon D. Hunn
1673 Lochcrest Drive
Chesterfield, MO 63017

IBAT
c/o Mr. Randall B. Rush, Partner
5550 Powers Center Point
Colorado Springs, CO 80920

Jeffrey A. Isel
P.O. Box 812
Grapevine, TX 76099

Michele T. Jackson
800 Gray Oak
Columbia, MO 65203

Linda M. Jackson
1001 West 69th Street
Kansas City, MO 64113

Robert V. Jackson
1001 West 69th Street
Kansas City, MO 64113

Delton L. Jacobs
3800 Daylily Court
Columbia, MO 65203

Janie H. Jacobs
3800 Daylily Court
Columbia, MO 65203

Lauren Janus
451 Fortress Court
Saint Charles, MO 63303

Celia D. Jeffries
30 Riverside Parkway
Sharpsburg, GA 30277-3329

Richard L. Jeffries
30 Riverside Parkway
Sharpsburg, GA 30277-3329

Richard B. Jennett
819 Harvest Drive
Jefferson City, MO 65109

Lana K. Jennett
819 Harvest Drive
Jefferson City, MO 65109

Donna M. Jurkowski
1 Bald Hill Court
Saint Charles, MO 63304

Michael L. Kehoe
3589 Gettysburg Place
Jefferson City, MO 65109

Mrs. Michael L. Kehoe
3589 Gettysburg Place
Jefferson City, MO 65109

```
B.K.R. Investments, Inc.
c/o Mr. Michael L. Kehoe
3589 Gettysburg Place
Jefferson City, MO 65109

Joseph H. Keipp Revocable Living Trust
17900 Homestead Bluffs Drive
Chesterfield, MO 63005

Philip Keipp
6 Spring Mill Woods Court East
Saint Charles, MO 63303

Carrie Keipp
6 Spring Mill Woods Court East
Saint Charles, MO 63303

Philip W. Keipp
441 Jungs Station Road
Saint Charles, MO 63303

Frances T. Keipp
441 Jungs Station Road
Saint Charles, MO 63303

Jacob C. Kentner, Jr.
1152 Osage Beach Road
Osage Beach, MO 65065

Lana J. Kentner
1152 Osage Beach Road
Osage Beach, MO 65065

Nancy M. Kersten
16761 Concord Hill Road
Marthasville, MO 63357

Neil W. Kersten
16761 Concord Hill Road
Marthasville, MO 63357

Kertz Farms Partnership
c/o Mr. Mike Kertz
20378 White Sands Road
Saint Genevieve, MO 63670

John S. Kirby
1309 Glasgow
Columbia, MO 65203

Elizabeth J. Kirby
1309 Glasgow
Columbia, MO 65203

Cynthia T. Knebel
340 Illinois Route 143
Pocahontas, IL 62275
```

Barry D. Koenemann
102 Ladue Pine Woods Place
Saint Louis, MO 63141

Deborah A. Koenemann
102 Ladue Pine Woods Place
Saint Louis, MO 63141

Frances Ann Koepke
2301 Deer Creek Court
Columbia, MO 65201

Gregory J. Kolb
3432 West Truman Boulevard
Suite 102
Jefferson City, MO 65109

Diane C. Kolb
3432 West Truman Boulevard
Suite 102
Jefferson City, MO 65109

Peggy Kolb
424 Meadow Brook Court
Jefferson City, MO 65109

Thomas G. Kolb
509 Turnberry
Jefferson City, MO 65109

Brenda M. Kolb
509 Turnberry
Jefferson City, MO 65109

John Koonce
2059 Highway 179
Jefferson City, MO 65109

Patricia C. Koonce
2059 Highway 179
Jefferson City, MO 65109

Mel Korphage
2505 E. Schellridge Road
Jefferson City, MO 65109

Patricia M. Korphage
2505 E. Schellridge Road
Jefferson City, MO 65109

Robert G. Krattli
3576 Gettysburg Place
Jefferson City, MO 65109

Cheryl L. Krattli
3576 Gettysburg Place
Jefferson City, MO 65109

Donald E. Krattli
3109 Citadel Court
Jefferson City, MO 65109

Joyce A. Krattli
3109 Citadel Court
Jefferson City, MO 65109

Stephen R. Krause
516 Oak Creek Meadows
Chesterfield, MO 63017

Kent Q. Kreh
260 Carlyle Lake Drive
Creve Coeur, MO 63141

Dorothy L. Kreh
260 Carlyle Lake Drive
Creve Coeur, MO 63141

Nancy B. Wiley
261 Carlyle Lake Drive
Creve Coeur, MO 63142

Brian J. Kroll
8220 Deer Haven Road
Jefferson City, MO 65101

Kerry A. Kroll
8220 Deer Haven Road
Jefferson City, MO 65101

Robert W. Kucsik
49 Kiowa Court
Lake Ozark, MO 65049

Kimberly D. Kucsik
49 Kiowa Court
Lake Ozark, MO 65049

Don E. LaBrayere
#55 Sulgrove Road
Wellsville, MO 63384

Linda S. LaBrayere
#55 Sulgrove Road
Wellsville, MO 63384

Cynthia K. Larrick
422 Crest Drive
Jefferson City, MO 65109

David L. Larrick
422 Crest Drive
Jefferson City, MO 65109

Timothy A. Larson
1713 Ashbury Court
Bedford, TX 76021

Sandra J. Larson
1713 Ashbury Court
Bedford, TX 76021

Jonathan E. Lauer
3817 Indian Ridge Lane
Defiance, MO 63341

Laura N. Lauer
3817 Indian Ridge Lane
Defiance, MO 63341

Thomas H. Lavery
1713 Acorn Drive
Euless, TX 76039

Kimberly B. Lavery
1713 Acorn Drive
Euless, TX 76039

Meir Lazar
600 South Lakota Ridge Lane
Columbia, MO 65203

Delores Gail Lazar
600 South Lakota Ridge Lane
Columbia, MO 65203

Terry A. Lee
4802 New Castle Drive
Columbia, MO 65203

Patricia W. Lee
4802 New Castle Drive
Columbia, MO 65203

John B. Lee
1032 Anson Drive
Keller, TX 76248

Dewey B. Leggett
229 Rock Ridge Circle
Allen, TX 75002

Larry Lehman
732 Deer Creek Road
Jefferson City, MO 65109

Jana Lehman
732 Deer Creek Road
Jefferson City, MO 65109

Boyd H. Leonhardt
7101 College Blvd., Suite #1010
Overland Park, KS 66210

Betty J. Leonhardt
7101 College Blvd., Suite #1010
Overland Park, KS 66210

Harold L. Leydens
711 West McCarty
Jefferson City, MO 65109

Joey Leydens
229 Little Creek Court
Jefferson City, MO 65109

Stephen C. Lieber
801 North Mason Road
Saint Louis, MO 63141

Ferd Lightner
9302 David Allen Road
Columbia, MO 65201

Marian Lightner
9302 David Allen Road
Columbia, MO 65201

Barbara S. Lindner
1409 Woodrail Avenue
Columbia, MO 65203

William J. Lloyd, Jr.
504 Rothwell Drive
Columbia, MO 65203

David Loethen
P.O. Box 205
Meta, MO 65058

Nancy Loethen
P.O. Box 205
Meta, MO 65058

James J. Lohse
#3 Potomac Court
Saint Charles, MO 63303

Felice D. Lowenbaum
71 Lake Forest Drive
Saint Louis, MO 63117

R. Michael Lowenbaum
71 Lake Forest Drive
Saint Louis, MO 63117

Ramona Lucas Smith
1205 Fieldcrest
Columbia, MO 65203

Mark A. Ludwig
7750 E. Northshore
Hartsburg, MO 65039

Vicky L. Ludwig
7750 E. Northshore
Hartsburg, MO 65039

Robert I. Lueckenotto
c/o Ms. Julie Stratman
1330 Vista Campo
Jefferson City, MO 65109

Luetkenhaus Properties, Inc.
c/o Mr. Bill Luetkenhaus
410 Crestview Drive
O'Fallon, MO 63366

Jeremy M. Malensky
1031 Peruque Crossing Court
O'Fallon, MO 63366

Darrell R. Mantle
5828 Steeplegate Court
Jefferson City, MO 65101

Emily J. Mantle
5828 Steeplegate Court
Jefferson City, MO 65101

Schuyler J. Mariea
1826 Chelle Court
Jefferson City, MO 65101

Mark H. Markus
5704 Westchester Meadow Drive
Weldon Spring, MO 63304

Kelly A. Markus
5704 Westchester Meadow Drive
Weldon Spring, MO 63304

David A. Martin
10 Hope Court
Saint Peters, MO 63376

Beverly A. Martin
10 Hope Court
Saint Peters, MO 63376

Gay Martin
1026 Holly Drive
Jefferson City, MO 65109

Evelyn N. Martin
1026 Holly Drive
Jefferson City, MO 65109

Harold D. McDowell
1010 Leslie Boulevard
Jefferson City, MO 65101

Margaret Ann McDowell
1010 Leslie Boulevard
Jefferson City, MO 65101

Charles R. McGruder
538 County Road 340
Franklin, MO 65250

Sheryl L. McGruder
538 County Road 340
Franklin, MO 65250

Robert G. McKelvey
2154 Bluestone Drive
Saint Charles, MO 63303-6598

Audree McKelvey
2154 Bluestone Drive
Saint Charles, MO 63303-6598

Patricia A. McLaughlin
105 Silverstone Circle
Byrnes Mill, MO 63051

Kevin T. McLaughlin
105 Silverstone Circle
Byrnes Mill, MO 63051

Sean P. McManus
768 Hillenkamp
Saint Charles, MO 63304

Leah J. McNay
54362 Possum Trot Road
Jamestown, MO 65046

Harlene McPheeters
629 Norris Drive
Jefferson City, MO 65109

Medtrak Services, L.L.C.
c/o Mr. Kermit J. Fendler, CEO
7101 College Blvd., Suite #1010
Overland Park, KS 66210

Meggs Bancshares, LLC
c/o Mr. David Meggs
7736A Delmar Blvd
University City, MO 63130

Stanley E. Mehrhoff
P.O. Box 1761
Jefferson City, MO 65102

Charles D. Menke
1703 Rainwood Place
Columbia, MO 65203

Mercantile Bancorp, Inc.
c/o Mr. Dan Dugan
P.O. Box 3455
200 North 33rd Street
Quincy, IL 62305

Richard A. Meyer
Attn:  Ms. Donna Howard
504 South Cool Springs Road
O'Fallon, MO 63366

Mid-America Bancorp, Inc.
c/o Mr. Mark Fitzpatrick
P.O. Box 7987
Leawood, KS 66207-0987

Girard S. Moline
329 Nishodse Bluff
Jefferson City, MO 65101

Rima Moline
329 Nishodse Bluff
Jefferson City, MO 65101

Keith E. Monson
1810 Chelle Court
Jefferson City, MO 65101

Harold Moore
500 West Ash Lane
Euless, TX 76039

James F. Moore
1963 South Crescent Place
Springfield, MO 65809

Catherine A. Moore
1963 South Crescent Place
Springfield, MO 65809

Michael J. Moran
613 Eastlake Drive
Columbia, MO 65203

Jo Lynn Moreland
33847 Highway 28 E
Belle, MO 65013

Albert J. Morgenthaler
214 Remington Heights Court
Wildwood, MO 63038

Danielle Morgenthaler
214 Remington Heights Court
Wildwood, MO 63038

Robert B. Morgenthaler
3127 Creve Coeur Mill Rd
Hangar N5
Saint Louis, MO 63146

Randy M. Morrow
1505 Canton Drive
Columbia, MO 65203

Sandra D. Morrow
1505 Canton Drive
Columbia, MO 65203

Harvard W. Muhm
22 Ridgemoor Drive
Saint Louis, MO 63105

Kathleen A. Murphy
242 Cherry Hill Avenue
Lake Ozark, MO 65049

James J. Murphy
242 Cherry Hill Avenue
Lake Ozark, MO 65049

Jeremy Myers
3704 Lupine Drive
Columbia, MO 65201

Alan R. Nageleisen
3532 Wolf Road
Taylor Mill, KY 41015

Barbara L. Nageleisen
3532 Wolf Road
Taylor Mill, KY 41015

Jerry A. Nail
1910 Long Street Drive
Columbia, MO 65202

Harold E. Neumann
7459 Stratford Avenue
Saint Louis, MO 63130

Deborah K. Neuner
4912 Kay Avenue
Jefferson City, MO 65109

Robert Niedergerke
739 Hidden Lake Drive
Saint Peters, MO 63376

Mary A. Niedergerke
739 Hidden Lake Drive
Saint Peters, MO 63376

William J. Niedergerke
109 North Keene Street, Apartment 206
Columbia, MO 65201

Gary G. Norment
5625 Bald Hill Road
Jefferson City, MO 65101

Lisa L. Norment
5625 Bald Hill Road
Jefferson City, MO 65101

Holly A. Oberkrom RLT UAD  10-5-2000
726 Turnberry Drive
Jefferson City, MO 65109

Patrick A. O'Dell
12518 Country View Drive
Tebbetts, MO 65080

Charles L. O'Keefe
8420 High Drive
Leawood, KS 66206

Bevery J. Orr
5422 Scherr Drive
Jefferson City, MO 65109

Peggy Osborn
2708 Renns Lake Road
Jefferson City, MO 65109

OTH Investments, L.L.C.
c/o Mr. B. Dan Bryson
215 West College
Grapevine, TX 76051

F. Thomas Ott
22 Algonquin Lane
Saint Louis, MO 63119

George H. Ousley, Jr.
2000 East Broadway, Suite 176
Columbia, MO 65201-6091

```
Owen & Sons Development Co.
c/o Mr. Marc Owen
235 Jungerman Road, Suite 207
Saint Peters, MO 63376

Marc Owen
18950 Lake Warrenton Lane
Warrenton, MO 63383

Jacqueline Owen
18950 Lake Warrenton Lane
Warrenton, MO 63383

Thomas Edward Palitzsch
515 North Benton Avenue
Saint Charles, MO 63301

Dennis J. Palmer
4703 Garden Brook Court
Columbia, MO 65203

Nancy L. Palmer
4703 Garden Brook Court
Columbia, MO 65203

Michael J. Parisi
2190 Kohn Road
Wright City, MO 63390

Janie Parisi
2190 Kohn Road
Wright City, MO 63390

Crystal Payne
1012 Sunset Drive
Columbia, MO 65203

Dennis W. Payne
1012 Sunset Drive
Columbia, MO 65203

Richard W. Pemberton
830 Shanon Dale Court
Jefferson City, MO 65109

Sharon C. Pemberton
830 Shanon Dale Court
Jefferson City, MO 65109

James A. Perch
219 Burke Place
Jefferson City, MO 65109

Constance A. Perch
219 Burke Place
Jefferson City, MO 65109
```

George A. Pfenenger
1600 Woodrail
Columbia, MO 65203

Joan D. Pfeneger
1600 Woodrail
Columbia, MO 65203

Christy L. Pickell
17924 Scenic Drive
Boonville, MO 65233

Chris H. Pickell
17924 Scenic Drive
Boonville, MO 65233

David Putnam
1522 Whitburn Drive
Columbia, MO 65203

Tina Putnam
1522 Whitburn Drive
Columbia, MO 65203

Doris G. Quillo
1335 Kyle Drive
Saint Charles, MO 63304

Gary A. Rackers
4632 Shepherd Hills Road
Jefferson City, MO 65101

John H. Ratliff
603 East South Drive
Salisbury, MO 65281

Michael E. Rau
1395 West Main Street
Washington, MO 63090

Andrea D. Rau
1395 West Main Street
Washington, MO 63090

Jamie Reed
4704 Maple Leaf Drive
Columbia, MO 65201-7190

Terry L. Rehma
221 Westpoint Court
Jefferson City, MO 65109

Jon Roy Reid
c/o Mr. Jon Roy Reid
P.O. Box 224927
Dallas, TX 75222

```
Floyd Reinkemeyer
P.O. Box 273
Westphalia, MO 65085

Alice Reinkemeyer
P.O. Box 273
Westphalia, MO 65085

Thomas A. Reiss
1944 Lymington Common
Chesterfield, MO 65005

RRR Real Estate, Inc.
1423 Dixon Drive
Jefferson City, MO 65101

Nanson Investments, LP
1423 Dixon Drive
Jefferson City, MO 65101

Remley Enterprises Limited Partnership
1423 Dixon Drive
Jefferson City, MO 65101

Curt Renkemeyer
426 East High Street
Jefferson City, MO 65101

Donald H. Renkemeyer
8901 Mary Lane
Jefferson City, MO 65101

Scott Renkemeyer
4722 Glenshire Way
Jefferson City, MO 65101

Edward D. Robertson Jr.
2628 Huntleigh Place
Jefferson City, MO 65109

Renee A. Robertson
2628 Huntleigh Place
Jefferson City, MO 65109

Allan W. Rodgers
2108 Bluff Pointe Drive
Columbia, MO 65201

Darrell B. Roegner
13 Saint Malo Court
Lake Saint Louis, MO 63367

Michael L. Rogers
2924 Wentworth Court
Saint Charles, MO 63301
```

Sandra L. Rogers
2924 Wentworth Court
Saint Charles, MO 63301

David L. Rogers
2925 Wentworth Court
Saint Charles, MO 63302

Bradley R. Roling Trust
902 Southwest Boulevard
Jefferson City, MO 65109

Daniel R. Roling
902 Southwest Boulevard
Jefferson City, MO 65109

Danielle M. Roling Trust
902 Southwest Boulevard
Jefferson City, MO 65109

Jeffrey L. Roling Trust
902 Southwest Boulevard
Jefferson City, MO 65109

Julie K. Roling
1618 Paddlewheel
Jefferson City, MO 65109

Edward A. Rolwes
1313 Carriage Crossing
Chesterfield, MO 63005

Blanche G. Rolwes
1313 Carriage Crossing
Chesterfield, MO 63005

Gregory J. Rolwes
2705 Dougherty Ferry Road
Saint Louis, MO 63122

Marvin E. Sapp
7300 West Main Street
Columbia, MO 65203

Sharon K. Wiggins
8121 Stoney Gap Road
Jefferson City, MO 65101

Ronald Schaefer
8121 Stoney Gap Road
Jefferson City, MO 65101

Omni LLC
c/o Mr. Jerry Scheidegger
2500 Old Highway 94, Suite 200
Saint Charles, MO 63303

Joseph N. Scheppers
817 Weatherhill Road
Jefferson City, MO 65109

Brenda K. Scheppers
817 Weatherhill Road
Jefferson City, MO 65109

Randy Scherr
120 East High Street
Jefferson City, MO 65101

Phyllis A. Willibrand
120 East High Street
Jefferson City, MO 65101

Thomas J. Schmidt
1143 Whitmoor Drive
Weldon Spring, MO 63304

Alfred H. Schmitz/Irma L. Schmitz Trust
1004 Eastland Drive
Jefferson City, MO 65109

Janice J. Schmitz
1026 County Road 412
Bonnots Mill, MO 65016

Dale L. Schmitz
1026 County Road 412
Bonnots Mill, MO 65016

Paxton A. Schneider
4041 Maple Bluff Drive
Columbia, MO 65203

Rachael Kennedy Schneider
4041 Maple Bluff Drive
Columbia, MO 65203

Jeffrey M. Schnieders
1210 Sycamore Valley Lane
Jefferson City, MO 65109

Sharon K. Schnieders
1210 Sycamore Valley Lane
Jefferson City, MO 65109

Roxanne J. Schnieders
138 North Capistrano Drive
Jefferson City, MO 65109

Roger Schroeder
4104 White Water Drive
Saint Charles, MO 63304

Patricia Schroeder
4104 White Water Drive
Saint Charles, MO 63304

David P. Schuler
703 Edgewood Terrace
Lake Saint Louis, MO 63367

Dale M. Schwader
4244 West 124th Terrace
Leawood, KS 66209

Shelly M. Schwartz
403 Pheasant Run Road
Jefferson City, MO 65109

Michael Schweiss
2711 Mohawk Drive
Jefferson City, MO 65109

Nancy K. Scroggins
2614 Briarwood Drive
Jefferson City, MO 65109

James R. Scroggins
2614 Briarwood Drive
Jefferson City, MO 65109

Neil L. Scully
2032 Stadium View Court
Jefferson City, MO 65109

Janet E. Sears
939 Eagle Point Drive
Ashland, MO 65010

Roger W. Sears
939 Eagle Point Drive
Ashland, MO 65010

Secrty Bancshares of Pulaski County Inc.
110 Lynn Street
P.O. Box S
Waynesville, MO 65583

Michael S. Severance
728 Hobbs Road
Jefferson City, MO 65109

Gail M. Severance
728 Hobbs Road
Jefferson City, MO 65109

John J. Sheehan
3138 Williamsburg Way
Jefferson City, MO 65109

Barbara M. Sheehan
3138 Williamsburg Way
Jefferson City, MO 65109

Christina M. Sherman
669 Wilson Road
Silex, MO 63377

Allen K. Shih
914 Cari Ann Drive
Jefferson City, MO 65109

Helena M. Shih
914 Cari Ann Drive
Jefferson City, MO 65109

Phillip Shindler
2721 South Wickerwood Court
Columbia, MO 65201

Jeri Lou Shindler
2721 South Wickerwood Court
Columbia, MO 65201

Larry R. Siebert
1861 Cedar Ridge Road #A
Jefferson City, MO 65109

Helen L. Siebert
1861 Cedar Ridge Road #A
Jefferson City, MO 65109

Timothy T. Sigmund
2731 Deardane Drive
Jefferson City, MO 65109

Shelly R. Sigmund
2731 Deardane Drive
Jefferson City, MO 65109

Daniel R. Simpson
79 Homefield Hills Court
O'Fallon, MO 63366

Nikki L. Menner
79 Homefield Hills Court
O'Fallon, MO 63366

Krissinda D. Sims
3921 Block Drive #2215
Irving, TX 75038

SJH Enterprises, LLC
c/o Mr. Steven G. Parisi
1605 Westshyre Drive
Lake Saint Louis, MO 63367

```
Charles M. Smethers
1598 Cobblestone Drive
Sedalia, MO 65301

Sherry E. Smethers
1598 Cobblestone Drive
Sedalia, MO 65301

Gregory J. Smith
22 Eagle Cove Lane
Saint Charles, MO 63303

Debra M. Smith
22 Eagle Cove Lane
Saint Charles, MO 63303

Gregory A. Smith
1440 Cedar Bluff Drive
Ballwin, MO 63021

Jeanette G. Smith
4111 Behnke Court
Saint Louis, MO 63129

Carol Amy Gamm Smith
12078 County Road 4037
Holts Summit, MO 65043

James Lee Smith
12078 County Road 4037
Holts Summit, MO 65043

Mary Lou Smith
5004 Blackwolf Road
Springfield, IL 62711

Paul M. Smith Sr.
2056 Isla Vista Lane
Naples, FL 34105

Nancy Smith
2056 Isla Vista Lane
Naples, FL 34105

Sharon K. Smith
1603 Canton Drive
Columbia, MO 65203

Steven A. Smith
1603 Canton Drive
Columbia, MO 65203

Thomas R. Smith
401 East Locust, Suite 300
Columbia, MO 65201
```

Ann Smith
401 East Locust, Suite 300
Columbia, MO 65201

Southern Missouri Bancshares, Inc.
P.O. Box M
Marshfield, MO 65706

Freddy Spencer
10465 North Evert School Road
Harrisburg, MO 65256

John R. Stacy
508 Woodland Trail
Keller, TX 76248

L. Ann Stacy
508 Woodland Trail
Keller, TX 76248

Margaret Fuller
508 Woodland Trail
Keller, TX 76248

Keith F. Steinhoff
26 Berkshire Drive
Saint Louis, MO 63117

Donna R. Steinhoff
26 Berkshire Drive
Saint Louis, MO 63117

Brian R. Stertzer
1710 Abbotsford Green Drive
Powell, OH 43065

David B. Stertzer
4801 Melrose Park Drive
Colleyville, TX 76034

Dean Stertzer
625 Kendrick Place
Boulder City, NV 89005

Donald R. Stertzer
P.O. Box 104328
Jefferson City, MO 65110

Bartley Milam Stevenson
19001 Old Highway 63 North
Sturgeon, MO 65284

George Stevenson
3009 Meghann Drive
Columbia, MO 65203

Mark Milam Stevenson
P.O. Box 642
Columbia, MO 65205

Rebecca Stevenson
3009 Meghann Drive
Columbia, MO 65203

Clarence J. Stieferman
3524 Rock Ridge Road
Jefferson City, MO 65109

Shirley A. Stieferman
3524 Rock Ridge Road
Jefferson City, MO 65109

Sarah J. Stieferman
2913 Brush Creek Court
Jefferson City, MO 65109

Jeffrey B. Stieferman
2913 Brush Creek Court
Jefferson City, MO 65109

Harlan, Harlan & Still
c/o Mr. Russell Still & Mr. Tim Harlan
P.O. Box 933
Columbia, MO 65205

Roger M. Stokes
517 Crest Drive
Jefferson City, MO 65109

Donna R. Stokes
517 Crest Drive
Jefferson City, MO 65109

Mr. Michael C. Story
642 Shady Meadows Drive
Ballwin, MO 63011

Ralph L. Strader
4015 Terra Bella Drive
Jefferson City, MO 65109

Charles X. Stricker
4303 East Lori-Lei Court
Springfield, MO 65809

Linda A. Stricker
4303 East Lori-Lei Court
Springfield, MO 65809

Stephanie Stricker
2801 Butternut Court
Columbia, MO 65201

William E. (Wes) Stricker
2801 Butternut Court
Columbia, MO 65201

Pamela H. Stricker
2801 Butternut Court
Columbia, MO 65201

Glen Strothmann
1207 Tartan Place
Columbia, MO 65203

Snezana Strothmann
1207 Tartan Place
Columbia, MO 65203

Ron Stuart
11760 Zaring Road
Columbia, MO 65202

Kathleen A. Stuckenschneider
286 Highway T
Freeburg, MO 65035

Bruce A. Stuckenschneider
286 Highway T
Freeburg, MO 65035

Kenneth H. Suelthaus Gen Trust
100 South Fourth Street, Suite 1000
Saint Louis, MO 63102

Melvin L. Sutton
128 South Hartnett Drive
Ferguson, MO 63135

M. Dean Sutton
128 South Hartnett Drive
Ferguson, MO 63135

Marie A. Sweeney
11709 Summit
Kansas City, MO 64114

Dennis M. Sweeney
11709 Summit
Kansas City, MO 64114

Vicki Szarwinski
225 Jacobs Way
Saint Peters, MO 63376

Timothy A. Taylor
902 Westwood Drive
Jefferson City, MO 65109

Tatia L. Taylor
902 Westwood Drive
Jefferson City, MO 65109

Daniel G. Teubner
1528 Fox Moor Court
Jefferson City, MO 65109

Tina R. Burton
1528 Fox Moor Court
Jefferson City, MO 65109

Lee D. Tharp
106 Palisades Drive
Jefferson City, MO 65109

Richard O. Thompson
26430 West 108th Street
Olathe, KS 66061

Jane A. Thompson
26430 West 108th Street
Olathe, KS 66061

Joe A. Tiedemann
2629 Cripple Creek
Saint Louis, MO 63129

Shelly S. Tiedemann
2629 Cripple Creek
Saint Louis, MO 63129

Kelly R. Tiffany
1210 West Edgewood Drive
Jefferson City, MO 65109

Kelly Hunter Toombs
8209 Rosewood Lane
Prairie Village, KS 66208

Kathryn L. Toombs
8209 Rosewood Lane
Prairie Village, KS 66208

Topwater Capital Partners, LP
c/o Mr. Robert Topping
Westar Aerospace & Defense Group Inc.
4 Research Park Drive
Saint Charles, MO 63304

Floyd Trim
3610 West Gordon Drive
Jefferson City, MO 65109

Carol Ann Trim
3610 West Gordon Drive
Jefferson City, MO 65109

Donna M. Tucker
2051 County Road 374
Holts Summit, MO 65043

Preston D. Tucker
2051 County Road 374
Holts Summit, MO 65043

Beth Utrecht
1436 Satinwood Drive
Jefferson City, MO 65109

John Utrecht
1436 Satinwood Drive
Jefferson City, MO 65109

Paul Van Stone
1297 Bluffview Ridge Road
Chesterfield, MO 63005

Jessica R. Moffat
1297 Bluffview Ridge Road
Chesterfield, MO 63005

Rudolph L. Veit
515 East High Street
Jefferson City, MO 65101

John E. Vogt
2215 Blue Lake Drive
Wentzville, MO 63385

Toni K. Vogt
2215 Blue Lake Drive
Wentzville, MO 63385

Cynthia K. Voss
3611 Lake Crossing Road
Jefferson City, MO 65101

Gregory E. Voss
3611 Lake Crossing Road
Jefferson City, MO 65101

Justin Wagner
907 Martin Waye
Jefferson City, MO 65109

Bridget Wagner
907 Martin Waye
Jefferson City, MO 65109

Cynthia B. Walker Trust UTA  3-28-90
510 Redondo Drive
Chesterfield, MO 63017

Larry R. Walker
2341 Hatting Place
Jefferson City, MO 65109

Jerry L. Walker
2341 Hatting Place
Jefferson City, MO 65109

Robert P. Wankum
611 South Eagle Trace
Jefferson City, MO 65109

Richard C. Ware
39 Green Pine Circle
Saint Peters, MO 63376

Betty E. Ware
39 Green Pine Circle
Saint Peters, MO 63376

Edward Watts
9533 North Adrian Place
Kansas City, MO 64154

Donald G. Weber
1953 State Route D
Lohman, MO 65053

Rebecca L. Weber
1953 State Route D
Lohman, MO 65053

Jackie E. Weimer
1514 East Bradford Parkway
Springfield, MO 65804

Barbara A. Weiss
12 Country Life Acres
Saint Louis, MO 63131

Edward S. Weiss
12 Country Life Acres
Saint Louis, MO 63131

Donald L. Welch
6917 Ketterman Lane
Jefferson City, MO 65101

Sarah L. Welch
6917 Ketterman Lane
Jefferson City, MO 65101

Douglas A. West
1567 State Route D
Lohman, MO 65053

Jill M. West
1567 State Route D
Lohman, MO 65053

Valentine K. Weston
168 Braewood Circle
Saint Charles, MO 63301

Deborah Wheeler
3 Kimber Court
Troy, MO 63379

Robert S. Wholey
1008 West 69th Street
Kansas City, MO 64113

Janet Wies
7 Ardennes Place
Lake Saint Louis, MO 63367

James R. Wies
7 Ardennes Place
Lake Saint Louis, MO 63367

Sharon K. Wiggins
202 Schaefer Trail County Road 612
Freeburg, MO 65035

Larry D. Schaefer
202 Schaefer Trail County Road 612
Freeburg, MO 65035

Ronald Schaefer
202 Schaefer Trail County Road 612
Freeburg, MO 65035

Leroy L. Wilbers, Jr.
c/o Wallstreet Financial Group, Inc.
211 Marshall Street
Jefferson City, MO 65101

Bruce W. Wiley
3718 Taylors Ridge Court
Jefferson City, MO 65109

Nancy B. Wiley
3718 Taylors Ridge Court
Jefferson City, MO 65109

Bruce W. Wiley C/F Dean C. Wiley
3718 Taylors Ridge Court
Jefferson City, MO 65109

Bruce W. Wiley C/F Tess C. Wiley
3718 Taylors Ridge Court
Jefferson City, MO 65109

Bruce W. Wiley C/F Victoria G. Wiley
3718 Taylors Ridge Court
Jefferson City, MO 65109

Wilco L.P.
c/o Mr. Bill Willbrand
3617 Collingwood
Saint Charles, MO 63301

Charles R. Willibrand
416 Valley View Court
Jefferson City, MO 65109

Melba G. Willibrand
416 Valley View Court
Jefferson City, MO 65109

John C. Willibrand
425 Valley View Court
Jefferson City, MO 65109

Sandra A. Willibrand
425 Valley View Court
Jefferson City, MO 65109

John Richard Willibrand
425 Valley View Court
Jefferson City, MO 65109

Tyler Charles Willibrand
425 Valley View Court
Jefferson City, MO 65109

Mark A. Wine
3111 North Lawrence Drive
Columbia, MO 65202

Matthew Evans Wine
17742 Bulla Road
South Bend, IN 46635

Susan Papreck Wine
17742 Bulla Road
South Bend, IN 46635

Mary D. Winter
5733 Foxfire Lane
Lohman, MO 65053

Michael G. Winter
5733 Foxfire Lane
Lohman, MO 65053

Gary W. Wisch
2612 Jennifer Drive
Jefferson City, MO 65101

```
Jacqueline Wisch
2612 Jennifer Drive
Jefferson City, MO 65101

Kevin L. Wisch
1705 Wilmor Drive
Jefferson City, MO 65101

Karen M. Wisch
1705 Wilmor Drive
Jefferson City, MO 65101

Lisa Wolfram
c/o RS Covenant
215 East Elm
O'Fallon, MO 63366

Michael Wolfram
c/o RS Covenant
215 East Elm
O'Fallon, MO 63366

Kevin A. Wood
9 Putting Green Drive
O'Fallon, MO 63368

Alexis M. Lyner-Wood
9 Putting Green Drive
O'Fallon, MO 63368

Jack E. Young
5125 Young Lane
Jefferson City, MO 65101-8073

Janice L. Young
5125 Young Lane
Jefferson City, MO 65101-8073

Matthew J. Young
21851 Pleasant Hill Road
Boonville, MO 65233

Tracy L. Young
21851 Pleasant Hill Road
Boonville, MO 65233

Richard A. Zander
29 Lake Forest Court South
Saint Charles, MO 63301

Susan E. Zander
29 Lake Forest Court South
Saint Charles, MO 63301
```

Charles Schwab & Company
ATTN: AICS/Marirose Macaraig
120 Kearny Street
San Francisco, CA 94108

Citigroup Global Markets
ATTN: Alan C. Henry
200 Crescent Court
Suite 900
Dallas, TX 75201

Community National Bank
P.O. Box 210
Seneca, KS 66538

Edward D Jones & Co
ATTN: Kate Matula
700 Maryville Centre Drive
St. Louis, MO 63141-5824

First Clearing LLC
ATTN: First Clearing
10700 Wheat First Drive
Glen Allen, VA 23060

First Trust Company of Onaga
ATTN: Denise Coon
P.O. Box 420
Onaga, KS 66521-0420

Harrington Wealth Management
ATTN: David R. Goodman, SVP
6300 Nall
Mission, KS 66202

Marine Bank
ATTN: Trust Sourcing Solutions
3050 Wabash Avenue
Springfield, IL 62704

National Financial Services LLC
ATTN: CAISP
200 Liberty Street
5th Floor
New York, NY 10281

NTC & Co.
717 17th Street
Suite 1700
Denver, CO 80202

Pension Financial Services Inc.
1700 Pacific Avenue
Suite 1700
Dallas, TX 75201

```
Pershing LLC
ATTN:  Limited Partnerships
One Pershing Plaza
7th Floor
Jersey City, NY 07399

PTC
ATTN: Linsco/Private Ledger
9785 Towne Centre Drive
San Diego, CA 92121

Raymond James & Associates, Inc.
ATTN:  Retirement Plan Services
P.O. Box 12749
St. Petersburg, FL 33733-2749

RBC Capital Markets Corp
165 Broadway
New York, NY 10006-1404

Stifel, Nicolaus
ATTN: Security Transfer Department
501 North Broadway
St. Louis, MO 63102

TD Ameritrade Clearing
ATTN: Limited Partnership Department
P.O. Box 45
New York, NY 10274-0045
```

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re <u>Premier Bancshares, Inc.</u>                              Case No._____
              Debtor(s)                                   Chapter <u>11</u>_____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**


   Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Premier Bancshares, Inc.</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's (s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☒  None [Check if Applicable]



**Dated:  January 15, 2014**_____  x_____**/s/ Gregory D. Willard**_____
                **Gregory D. Willard, 30192**
                Signature of the Attorney or Litigant
                Counsel for **Premier Bancshares, Inc.**_____
                **Carmody MacDonald P.C.**
                **120 S. Central Ave., Suite 1800**
                **St. Louis, MO 63105**
                **314-854-8600/314-854-8601**