# UNITED STATES BANKRUPTCY COURT
## EASTERN **DISTRICT OF** MISSOURI
### ST. LOUIS **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PREMIER BANCSHARES INC. | § | Case No. 14-40206 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID A. SOSNE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,337.94 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,494,517.84 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 784,658.66 | |

3) Total gross receipts of $ 6,531,176.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,301,922.02 (see **Exhibit 2**), yielded net receipts of $ 5,229,254.48 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 784,658.66 | 784,658.66 | 784,658.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,866,170.00 | 1,627,802.52 | 1,627,802.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 81,278,406.79 | 32,779,213.38 | 866,715.32 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 85,929,235.45 | $ 35,191,674.56 | $ 3,279,176.50 |

4)  This case was originally filed under chapteron  01/15/2014 , and it was converted to chapter 7 on  02/19/2014 .  The case was pending for 44 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2017                    By:/s/DAVID A. SOSNE, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings, etc. - First National Bank (St. Louis, MO | 1121-000 | 2,953,456.15 |
| INTEREST IN PARTNERSHIPS - 100% IN PRMR, LLC | 1129-000 | 24,371.46 |
| PROFESSIONAL RETAINERS/PREPMTS | 1129-000 | 298,439.88 |
| Interest earned on T-Bill | 1270-000 | 2,909.01 |
| Other Receipts | 1290-000 | 3,252,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,531,176.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATI | Non-Estate Funds Paid to Third Parties | 8500-002 | 1,301,922.02 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,301,922.02** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Sosne | 2100-000 | NA | 82,567.63 | 82,567.63 | 82,567.63 |
| David A. Sosne | 2200-000 | NA | 6,954.98 | 6,954.98 | 6,954.98 |
| David A. Sosne | 2300-000 | NA | 1,575.28 | 1,575.28 | 1,575.28 |
| LTD International Sureties | 2300-000 | NA | 798.63 | 798.63 | 798.63 |
| SUMMERS COMPTON WELLS, LLC | 2300-000 | NA | 1,955.15 | 1,955.15 | 1,955.15 |
| OFFICE MOVING INC. | 2410-000 | NA | 1,219.00 | 1,219.00 | 1,219.00 |
| Office Moving, Inc. | 2410-000 | NA | 710.00 | 710.00 | 710.00 |
| OMI | 2410-000 | NA | 1,100.00 | 1,100.00 | 1,100.00 |
| BANK OF KANSAS CITY | 2600-000 | NA | 503.22 | 503.22 | 503.22 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2990-000 | NA | 650.00 | 650.00 | 650.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Summers Compton Wells LLC | 3110-000 | NA | 625,439.91 | 625,439.91 | 625,439.91 |
| Summers Compton Wells LLC | 3120-000 | NA | 374.55 | 374.55 | 374.55 |
| BKD, LLP | 3310-000 | NA | 4,389.00 | 4,389.00 | 4,389.00 |
| BKD LLP | 3410-000 | NA | 14,592.60 | 14,592.60 | 14,592.60 |
| BKD Partners | 3410-000 | NA | 6,071.00 | 6,071.00 | 6,071.00 |
| BKD Partners | 3420-000 | NA | 0.00 | 0.00 | 0.00 |
| Carmody MacDonald, P.C. | 3701-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| Polsinelli PC | 3701-000 | NA | 3,312.00 | 3,312.00 | 3,312.00 |
| Carmody MacDonald P.C. | 3702-000 | NA | 1,296.50 | 1,296.50 | 1,296.50 |
| Sher Corwin Winters | 3721-000 | NA | 2,775.00 | 2,775.00 | 2,775.00 |
| Veritext Mid-Atlantic | 3722-000 | NA | 3,024.21 | 3,024.21 | 3,024.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 784,658.66 | $ 784,658.66 | $ 784,658.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 34 | CYNTHIA T. KNEBEL | 5800-000 | NA | 20,000.00 | 0.00 | 0.00 |
| 31A&B | FEDERAL DEPOSIT INSURANCE CORPORATI | 5800-000 | NA | 3,704,903.61 | 1,627,402.52 | 1,627,402.52 |
| 11 | HAROLD REMLEY | 5800-000 | NA | 77,416.39 | 0.00 | 0.00 |
| | Internal Revenue Service | 5800-000 | NA | 400.00 | 400.00 | 400.00 |
| 9 | LARRY R. AND JERRY L. WALKER | 5800-000 | NA | 28,000.00 | 0.00 | 0.00 |
| 35A | MATTHEW WINE | 5800-000 | NA | 11,280.00 | 0.00 | 0.00 |
| 24 | PERSHING LLC AS CUSTODIAN F/B/O | 5800-000 | NA | 24,170.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 3,866,170.00 | $ 1,627,802.52 | $ 1,627,802.52 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | BANK OF BOLIVAR | 7100-000 | NA | 983,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 36 | BARBARA S. AND BRUCE W. BERG | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | CENTRAL FINANCIAL CORPORATION | 7100-000 | NA | 1,503,000.00 | 0.00 | 0.00 |
| 15 | DOUGLAS A. WEST & JILL M. WEST | 7100-000 | NA | 56,000.00 | 0.00 | 0.00 |
| 4 | DWAYNE AND VALENTINE WESTON | 7100-000 | NA | 48,000.00 | 0.00 | 0.00 |
| 6 | FLOYD & CAROL ANN TRIM | 7100-000 | NA | 315,000.00 | 0.00 | 0.00 |
| 25 | FLOYD AND ALICE REINKEMEYER | 7100-000 | NA | 33,600.00 | 0.00 | 0.00 |
| 32 | GARY G. NORMENT & LISA L. NORMENT | 7100-000 | NA | 56,000.00 | 0.00 | 0.00 |
| 42 | GEORGE H. OUSLEY, Jr. | 7100-000 | NA | 100,000.00 | 0.00 | 0.00 |
| 39 | HAROLD MOORE | 7100-000 | NA | 50,000.00 | 0.00 | 0.00 |
| 2 | HOWARD CERINI | 7100-000 | NA | 118,000.00 | 0.00 | 0.00 |
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 390.00 | 390.00 | 390.00 |
| 27 | JACOB C. KENTNER, Jr. | 7100-000 | NA | 28,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | JANET C. BUSCHJOST | 7100-000 | NA | 40,000.00 | 0.00 | 0.00 |
| 17 | JOEY LEYDENS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 12 | KENNETH AND ELIZABETH HOLTMEYER | 7100-000 | NA | 56,000.00 | 0.00 | 0.00 |
| 13 | KEYBANK NATIONAL ASSOCIATION | 7100-000 | NA | 19,585,586.18 | 19,585,586.18 | 794,889.54 |
| 29 | LANA J. KENTNER | 7100-000 | NA | 28,000.00 | 0.00 | 0.00 |
| 3 | LINDA M. JACKSON | 7100-000 | NA | 50,000.00 | 0.00 | 0.00 |
| 30 | MARK A. WINE | 7100-000 | NA | 25,000.00 | 0.00 | 0.00 |
| 35 | Matthew Wine | 7100-000 | NA | 18,447.00 | 0.00 | 0.00 |
| 26 | MEIR AND GAIL LAZAR | 7100-000 | NA | 252,000.00 | 0.00 | 0.00 |
| 19 | MICHAEL G. WINTER | 7100-000 | NA | 27,000.00 | 0.00 | 0.00 |
| 41 | PEGGY KOLB | 7100-000 | NA | 20,000.00 | 0.00 | 0.00 |
| 33 | RICHARD A. ZANDER | 7100-000 | NA | 70,000.00 | 0.00 | 0.00 |
| 10 | RICHARD C. AND BETTY E. WARE | 7100-000 | NA | 28,000.00 | 0.00 | 0.00 |
| 28 | RICHARD O. THOMPSON | 7100-000 | NA | 56,000.00 | 0.00 | 0.00 |
| 22 | RICHARD W. AND SHARON C. PEMBERTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | ROBERT G. MCKELVEY & AUDREE MCKELVE | 7100-000 | NA | 250,000.00 | 0.00 | 0.00 |
| 23 | STEVEN P. ALBERT | 7100-000 | NA | 1,099,000.00 | 0.00 | 0.00 |
| 43 | SUSAN E. ZANDER | 7100-000 | NA | 70,000.00 | 0.00 | 0.00 |
| 40 | THOMAS LAVERY | 7100-000 | NA | 150,000.00 | 0.00 | 0.00 |
| 8 | US BANK  NA | 7100-000 | NA | 11,848,238.14 | 18,500.00 | 18,500.00 |
| 37 | WILMINGTON TRUST COMPANY  AS TRUSTE | 7100-000 | NA | 7,679,035.43 | 4,695.00 | 4,695.00 |
| 38 | WILMINGTON TRUST COMPANY  AS TRUSTE | 7100-000 | NA | 23,513,308.62 | 48,240.78 | 48,240.78 |
| 20 | THE BANK OF NEW YORK MELLON | 7400-000 | NA | 6,038,031.30 | 6,038,031.30 | 0.00 |
| 21 | THE BANK OF NEW YORK MELLON  N.A. | 7400-000 | NA | 7,083,770.12 | 7,083,770.12 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 81,278,406.79 | $ 32,779,213.38 | $ 866,715.32 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-40206          KAS | Judge:   Kathy A. Surratt-States |
| Case Name: | PREMIER BANCSHARES  INC. | |

| | |
|---|---|
| Trustee Name: | DAVID A. SOSNE, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/19/2014 (c) |
| 341(a) Meeting Date: | 03/31/2014 |
| Claims Bar Date: | 06/12/2014 |

For Period Ending:  10/06/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking, savings, etc. - First National Bank (St. Louis, MO | 2,953,456.15 | 2,953,456.15 | | 2,953,456.15 | FA |
| 2.  INTEREST IN PARTNERSHIPS - 100% IN PRMR, LLC | 24,371.46 | 24,391.46 | | 24,371.46 | FA |
| 3.  OFFICE EQUIPMENT, FURNISHINGS, AND | 1,337.94 | 1,337.94 | | 0.00 | FA |
| 4.  PROFESSIONAL RETAINERS/PREPMTS<br><br>Carmody MacDonald P.C. $50,287.00<br>Bragar Eagel & Squire PC $1,418.45<br>Polsinelli PC $54,813.39<br>Rouse Hendricks German May PC $171,087.93 | 271,396.77 | 271,396.77 | | 298,439.88 | FA |
| 5.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 6.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 11.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT.  Interest earned on T-Bill | 0.00 | N/A | | 2,909.01 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $3,250,562.32          $3,250,582.32          $3,279,176.50          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filing final tax returns to be followed by TFR

Case 14-40206    Doc 214    Filed 10/17/17    Entered 10/17/17 08:33:13    Main Document
Pg 11 of 21

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 06/30/2017

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 12

| | | |
|---|---|---|
| Case No: 14-40206 | Trustee Name: DAVID A. SOSNE, TRUSTEE | Exhibit 9 |
| Case Name: PREMIER BANCSHARES INC. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX3943 | |
| | T-Bill 023943 | |
| Taxpayer ID No: XX-XXX7402 | Blanket Bond (per case limit): $14,000,000.00 | |
| For Period Ending: 10/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/13/14 | | Transfer from Acct # XXXXXX3615 | Bank Funds Transfer | 9999-000 | $3,054,881.19 | | $3,054,881.19 |
| 04/24/14 | | Transfer from Acct # XXXXXX3615 | Bank Funds Transfer | 9999-000 | $194,974.72 | | $3,249,855.91 |
| 11/12/15 | 100001 | David A. Sosne 8909 Ladue Road St. Louis, MO 63124 | 2015 Bond Reversal wrong account | 2300-000 | | ($1,575.28) | $3,251,431.19 |
| 11/12/15 | 100001 | David A. Sosne 8909 Ladue Road St. Louis, MO 63124 | 2015 Bond | 2300-000 | | $1,575.28 | $3,249,855.91 |
| 10/26/16 | 100002 | LTD International Sureties Suite 420 701 Poydras ST. New Orleans, LA 70139 | 2016 Bond Premium Reversal money taken from wrong account | 2300-000 | | ($798.63) | $3,250,654.54 |
| 10/26/16 | 100002 | LTD International Sureties Suite 420 701 Poydras ST. New Orleans, LA 70139 | 2016 Bond Premium | 2300-000 | | $798.63 | $3,249,855.91 |
| 02/15/17 | INT | Bank of Kansas City | Interest earned on T-Bill | 1270-000 | $2,144.09 | | $3,252,000.00 |
| 02/20/17 | 100003 | Estate of PREMIER BANCSHARES INC., 14-40206 | Transfer out transfer to close out T-Bill into checking account | 9999-000 | | $3,252,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,252,000.00 | $3,252,000.00 |
| Less: Bank Transfers/CD's | $3,249,855.91 | $3,252,000.00 |
| Subtotal | $2,144.09 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,144.09 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $3,252,000.00 | $3,252,000.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Pg 13 of 21

Exhibit 9

Case No: 14-40206
Case Name: PREMIER BANCSHARES  INC.

Taxpayer ID No: XX-XXX7402
For Period Ending: 10/06/2017

Trustee Name: DAVID A. SOSNE, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3615
Checking Account
Blanket Bond (per case limit): $14,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/14 | 1 | FIRST NATIONAL BANK OF ST. LOUIS | | 1121-000 | $2,953,456.15 | | $2,953,456.15 |
| 03/07/14 | 4 | POLSINELLI PC PLAZA OPERATING | Retainer Balance | 1129-000 | $51,272.09 | | $3,004,728.24 |
| 03/11/14 | 4 | CARMODY MACDONALD PC | Retainer Balance | 1129-000 | $50,287.00 | | $3,055,015.24 |
| 03/13/14 | | Transfer to Acct # XXXXXX3943 | Bank Funds Transfer | 9999-000 | | $3,054,881.19 | $134.05 |
| 04/10/14 | 4 | COMMERCE BANK CASHIERS CHECKROUSE HENDRICKS GERMAN MAY PC | Retainer Balance | 1129-000 | $195,461.94 | | $195,595.99 |
| 04/24/14 | | Transfer to Acct # XXXXXX3943 | Bank Funds Transfer | 9999-000 | | $194,974.72 | $621.27 |
| 05/29/14 | 4 | BRAGAR EAGEL & SQUIRE, P.C. 885 THIRD AVE., STE. 3040NEW YORK, NY 10022 | RETAINER BALANCE | 1129-000 | $1,418.85 | | $2,040.12 |
| 08/06/15 | | Bank of Kansas City | Other receipts | 1290-000 | $3,252,000.00 | | $3,254,040.12 |
| 05/24/16 | | Federal Home Loan Bank of New York | Settlement distribution - 96341-1 | 8500-002 | | $1,301,922.02 | $1,952,118.10 |
| 05/24/16 | | Federal Home Loan Bank of New York | Settlement distribution - 96341-1 | 5800-000 | | $325,480.50 | $1,626,637.60 |
| 06/02/16 | 10001 | Office Moving, Inc. 2568 Harley Drive Maryland Heights, MO 63043 | Payment of Storage fees for May 2016 - 96341-00001 | 2410-000 | | $110.00 | $1,626,527.60 |
| 07/11/16 | 10002 | Carmody MacDonald, P.C. 120 S. Central Avenue Suite 1800 St. Louis, MO 63105 | Gap Claim payment of Attorney Fees - 96341-1 | 3701-000 | | $25,000.00 | $1,601,527.60 |
| 07/11/16 | 10003 | Carmody MacDonald P.C. 120 S. Central Avenue Suite 1800 St. Louis, MO 63105 | Gap Claim payment of Attorney Expenses - 96341-1 | 3702-000 | | $1,296.50 | $1,600,231.10 |
| 07/11/16 | 10004 | Office of the United States Trustee 111 S. Tenth Street Suite 6353 St. Louis, MO 63102 | Payment of administrative expense claim 7 - 96341-1 | 2950-000 | | $650.00 | $1,599,581.10 |

Page Subtotals:                     $6,503,896.03     $4,904,314.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-40206
Case Name: PREMIER BANCSHARES  INC.

Trustee Name: DAVID A. SOSNE, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3615
Checking Account

Taxpayer ID No: XX-XXX7402
For Period Ending: 10/06/2017

Blanket Bond (per case limit): $14,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/16 | 10005 | Internal Revenue Service 1222 Spruce Street Room 9.203 St. Louis, MO 63103 | Payment of administrative expense claim - 96341-1 | 5800-000 | | $400.00 | $1,599,181.10 |
| 08/08/16 | 10006 | Summers Compton Wells LLC 8909 Ladue Road St. Louis, MO 63124 | Payment of agreed contingency fee - 96341-1 | 3110-000 | | $585,864.91 | $1,013,316.19 |
| 08/08/16 | 10007 | Summers Compton Wells LLC 8909 Ladue Road St. Louis, MO 63124 | Payment of Attorney Expenses - 96341-1 | 3120-000 | | $374.55 | $1,012,941.64 |
| 10/07/16 | 10008 | Polsinelli PC 100 S. Fourth Street Suite 1000 St. Louis, MO 63102-1825 | Settlement Amount - 96341-1 | 3701-000 | | $3,312.00 | $1,009,629.64 |
| 10/26/16 | 10009 | LTD International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | 2016 Bond Premium | 2300-000 | | $798.63 | $1,008,831.01 |
| 12/21/16 | 10010 | BKD LLP One Metropolitan Square 211 N. Broadway, Suite 600 St. Louis, MO 63102 | Payment of Accountant fees - 96341-1 | 3410-000 | | $6,689.00 | $1,002,142.01 |
| 01/05/17 | 10011 | Summers Compton Wells LLC 8909 Ladue Road St. Louis, MO 63124 | Payment of Attorney fees per court order, doc 198 - 96341-1 | 3110-000 | | $39,575.00 | $962,567.01 |
| 02/27/17 | INT | BOK Financial | Interest earned on T-Bill | 1270-000 | $764.92 | | $963,331.93 |
| 03/24/17 | 10012 | BKD LLP One Metropolitan Square 211 N. Broadway, Suite 600 St. Louis, MO 63102-2733 | Payment of Accountant fees for preparation of Premier Bancshares 2016 Tax Returns - 96341-1 | 3410-000 | | $6,744.00 | $956,587.93 |
| 07/07/17 | 10013 | David A. Sosne 8909 Ladue Road St. Louis, MO 63124 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $82,567.63 | $874,020.30 |
| 07/07/17 | 10014 | David A. Sosne 8909 Ladue Road St. Louis, MO 63124 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6,954.98 | $867,065.32 |

Page Subtotals: $764.92   $733,280.70

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-40206 | Trustee Name: DAVID A. SOSNE, TRUSTEE | |
| Case Name: PREMIER BANCSHARES INC. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX3615 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX7402 | Blanket Bond (per case limit): $14,000,000.00 | |
| For Period Ending: 10/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/17 | 10015 | CLERK OF THE BANKRUPTCY COURT 111 South Tenth St. Fourth Floor St. Louis, MO  63102 | Final distribution to claim 44 representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $866,715.32 |
| 07/07/17 | 10016 | INTERNAL REVENUE SERVICE P.O.Box 7346 Philadelphia, PA  19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $390.00 | $866,325.32 |
| 07/07/17 | 10017 | US BANK  NA 190 S. LaSalle St MK-IL-SLTG Chicago, IL  60603 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 7100-000 | | $18,500.00 | $847,825.32 |
| 07/07/17 | 10018 | WILMINGTON TRUST COMPANY  AS TRUSTE c/o Todd C. Meyers. Esq. Kilpatrick Townsend & Stockton LLP 1100 Peachtree Street, Suite 2800 Atlanta, GA  30309 | Final distribution to claim 37 representing a payment of 100.00 % per court order. | 7100-000 | | $4,695.00 | $843,130.32 |
| 07/07/17 | 10019 | WILMINGTON TRUST COMPANY  AS TRUSTE c/o Todd C. Meyers. Esq. Kilpatrick Townsend & Stockton LLP 1100 Peachtree Street, Suite 2800 Atlanta, GA  30309 | Final distribution to claim 38 representing a payment of 100.00 % per court order. | 7100-000 | | $48,240.78 | $794,889.54 |
| 07/07/17 | 10020 | KEYBANK NATIONAL ASSOCIATION 1101 Pacific Avenue Tacoma, WA  98402 | Final distribution to claim 13 representing a payment of 4.06 % per court order. | 7100-000 | | $794,889.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,504,660.95 | $6,504,660.95 |
| Less: Bank Transfers/CD's | $3,252,000.00 | $3,249,855.91 |
| Subtotal | $3,252,660.95 | $3,254,805.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,252,660.95 | $3,254,805.04 |

| Page Subtotals: | $0.00 | $867,065.32 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-40206 | Trustee Name: DAVID A. SOSNE, TRUSTEE | |
| Case Name: PREMIER BANCSHARES  INC. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX3659 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX7402 | Blanket Bond (per case limit): $14,000,000.00 | |
| For Period Ending: 10/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/14 | 2 | PRMR, LLC P.O. BOX 105647JEFFERSON CITY, MI 65110-5647 | 100% INTEREST IN LLC | 1129-000 | $24,371.46 | | $24,371.46 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $16.35 | $24,355.11 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $35.03 | $24,320.08 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $36.14 | $24,283.94 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $34.92 | $24,249.02 |
| 07/30/14 | 10001 | OMI 2568 HARLEY DR.MARYLAND HEIGHTS, MO 63043 | STORAGE CHARGE | 2410-000 | | $1,100.00 | $23,149.02 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $36.04 | $23,112.98 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $34.35 | $23,078.63 |
| 09/03/14 | 10002 | OFFICE MOVING INC. 2568 HARLEY DRIVEMARYLAND HEIGHTS, MO 63043 | STORAGE FEES | 2410-000 | | $100.00 | $22,978.63 |
| 09/09/14 | 10003 | BKD LLP ONE METROPOLITAN SQUARE211 N. BROADWAY, SUITE 600ST. LOUIS, MO 63102 | PAYMENT OF ACCOUNTANT'S FEES PER ORDER DATED 8/19/14 | 3410-000 | | $1,159.60 | $21,819.03 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $32.03 | $21,787.00 |
| 10/02/14 | 10004 | OFFICE MOVING INC. 2568 Harley DriveMaryland Heights, Mo. 63043 | STORAGE FEES | 2410-000 | | $100.00 | $21,687.00 |
| 10/22/14 | 10005 | SUMMERS COMPTON WELLS, LLC 8909 Ladue RoadSt. Louis, MO 63124 | BOND PREMIUM REIMBURSEMENT | 2300-000 | | $1,955.15 | $19,731.85 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $31.41 | $19,700.44 |

| | | |
|---|---|---|
| Page Subtotals: | $24,371.46 | $4,671.02 |

Case 14-40206   Doc 214   Filed 10/17/17   Entered 10/17/17 08:33:13   Main Document

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Pg 17 of 21

Exhibit 9

| | |
|---|---|
| Case No: 14-40206 | Trustee Name: DAVID A. SOSNE, TRUSTEE |
| Case Name: PREMIER BANCSHARES INC. | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX3659 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7402 | Blanket Bond (per case limit): $14,000,000.00 |
| For Period Ending: 10/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/14 | 10006 | OFFICE MOVING, INC. 2568 Harley DriveMaryland Heights, MO 63043 | STORAGE FEES | 2410-000 | | $100.00 | $19,600.44 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $28.21 | $19,572.23 |
| 12/01/14 | 10007 | OFFICE MOVING INC. 2568 Harley DriveMaryland Heights, MO 63043 | STORAGE FEES 96341 | 2410-000 | | $100.00 | $19,472.23 |
| 12/31/14 | 10008 | OFFICE MOVING, INC. 2568 Harley DriveMaryland Heights, MO 63043 | STORAGE FEES 96341 | 2410-000 | | $100.00 | $19,372.23 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $28.95 | $19,343.28 |
| 01/19/15 | 10009 | VERITEXT MID-ATLANTIC 1201 Peach Street NESuite 200Atlanta, GA 30361 | Transcription Services 96341 | 3722-000 | | $1,159.50 | $18,183.78 |
| 01/19/15 | 10010 | VERITEXT MID-ATLANTIC 1201 Peach Street NESuite 200Atlanta, GA 30361 | Transcription Services | 3722-000 | | $1,003.57 | $17,180.21 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $28.76 | $17,151.45 |
| 02/04/15 | 10011 | OFFICE MOVING INC. 2568 Harley DriveMaryland Heights, MO 63043 | STORAGE FEES 96341 | 2410-000 | | $100.00 | $17,051.45 |
| 02/10/15 | 10012 | BKD, LLP One Metropolitan Square211 N. Broadway, Suite 600St. Louis, MO 63102-2733 | Accounting Fees & Expenses 96341 | 3310-000 | | $4,389.00 | $12,662.45 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $21.12 | $12,641.33 |
| 03/03/15 | 10013 | OFFICE MOVING, INC. 2568 Harley DriveMaryland Heights, MO 63043 | STORAGE FEES 96341 | 2410-000 | | $100.00 | $12,541.33 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $18.67 | $12,522.66 |

| | | | | Page Subtotals: | $0.00 | $7,177.78 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-40206

Case Name: PREMIER BANCSHARES INC.

Trustee Name: DAVID A. SOSNE, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3659

Checking Account

Taxpayer ID No: XX-XXX7402

For Period Ending: 10/06/2017

Blanket Bond (per case limit): $14,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | 10014 | OFFICE MOVING, INC. 2568 Harley DriveMaryland Heights, MO 63043Invoice# 4-59191 | STORAGE FEES 96341 | 2410-000 | | $100.00 | $12,422.66 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.92 | $12,404.74 |
| 05/04/15 | 10015 | Office Moving, Inc. 2568 Harley Drive Maryland Heights, MO 63043 | Storage fees - 96341 96341 | 2410-000 | | $100.00 | $12,304.74 |
| 05/15/15 | 10016 | Veritext Mid-Atlantic 1075 Peachtree St., Suite 3625 Atlanta, GA 30309 | Deposition fees and expenses - 96341 Deposition of Bruce Wiley Transcript services    $533.10 Exhibits    $264.50 Shipping/Handling  $ 43.54 Balance due    $861.14 | 3722-000 | | $861.14 | $11,443.60 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.07 | $11,425.53 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.43 | $11,409.10 |
| 07/09/15 | 10017 | Office Moving Inc. 2568 Harley Drive Maryland Heights, MO 63043 | Storage fees - 96341-1 | 2410-000 | | $100.00 | $11,309.10 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.87 | $11,292.23 |
| 08/10/15 | 10018 | Office Moving Inc. 2568 Harley Drive Maryland Heights, MO 63043 | Storage fees - 96341 | 2410-000 | | $100.00 | $11,192.23 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.69 | $11,175.54 |
| 09/04/15 | 10019 | Sher Corwin Winters 190 Carondelet Plaza Suite 1100 St. Louis, MO 63105 | Payment of Mediation Services - 96341 | 3721-000 | | $2,775.00 | $8,400.54 |

Page Subtotals: $0.00   $4,122.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-40206
Case Name: PREMIER BANCSHARES  INC.

Trustee Name: DAVID A. SOSNE, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3659
Checking Account

Taxpayer ID No: XX-XXX7402
For Period Ending: 10/06/2017

Blanket Bond (per case limit): $14,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/15 | 10020 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Storage fees - 96341 | 2410-000 | | $100.00 | $8,300.54 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.06 | $8,287.48 |
| 10/05/15 | 10021 | Office Moving, Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Storage fees - 96341<br>Invoice# 10-59191 | 2410-000 | | $100.00 | $8,187.48 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.20 | $8,175.28 |
| 11/03/15 | 10022 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Storage fees - 96341<br>Invoice# 11-59191 | 2410-000 | | $100.00 | $8,075.28 |
| 11/04/15 | 10023 | BKD Partners<br>One Metropolitan Square<br>11 N. Broadway, Suite 600<br>St. Louis, MO 63102 | Payment of Accountants fees and expenses - 96341 | | | $6,071.00 | $2,004.28 |
| | | BKD Partners | Payment of Accountants fees ($6,071.00) and expenses - 96341 | 3410-000 | | | |
| | | | $0.00 | 3420-000 | | | |
| 11/12/15 | 10024 | David A. Sosne<br>8909 Ladue Road<br>St. Louis, MO 63124 | 2015 Bond Premium Reimbursement - 96341 | 2300-000 | | $1,575.28 | $429.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $419.00 |
| 12/28/15 | 10025 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Payment of Storage fees - 96341-00001 | 2410-000 | | $100.00 | $319.00 |
| 01/26/16 | 10026 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Payment of Storage fees - 96341-00001 | 2410-000 | | $110.00 | $209.00 |
| 03/04/16 | 10027 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Payment of Storage fees - 96341-00001 | 2410-000 | | $110.00 | $99.00 |
| | | | Page Subtotals: | | $0.00 | $8,301.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-40206
Case Name: PREMIER BANCSHARES INC.

Taxpayer ID No: XX-XXX7402
For Period Ending: 10/06/2017

Trustee Name: DAVID A. SOSNE, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3659
Checking Account
Blanket Bond (per case limit): $14,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 10028 | Office Moving Inc.<br>2568 Harley Drive<br>Maryland Heights, MO 63043 | Payment of Storage fees - 96341-00001 | 2410-000 | | $99.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,371.46 | $24,371.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,371.46 | $24,371.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,371.46 | $24,371.46 |

Page Subtotals:                    $0.00        $99.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3615 - Checking Account | $3,252,660.95 | $3,254,805.04 | $0.00 |
| XXXXXX3659 - Checking Account | $24,371.46 | $24,371.46 | $0.00 |
| XXXXXX3943 - T-Bill 023943 | $2,144.09 | $0.00 | $0.00 |
| | $3,279,176.50 | $3,279,176.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,279,176.50 |
| Total Gross Receipts: | $3,279,176.50 |